EAST BATON ROUGE PARISH
C/725334
27
Filed Nov 03, 2022 10:05 AM
Deputy Clerk of Court

Michael A. James                    Suit No: _____ Divi_

Conner A. James                     19th Judicial District Court

Verse                               Parish of East Baton Rouge

East Baton Rouge City/Parish;       State of Louisiana

Sid J. Gautreaux, III; Joshua Clark,

Jordon Webb, Nathan Harrison,

Terral Lockett, Eric David, Thomas

Weimer, Leigh Rice, John Mistretta,

Andrew Palermo, James Cooper,

J. Hak, K-9 Dakota, J. Green,

DEA Chirs Johnson, 3 Unknown

Houston, TX DEA Agents, 1 unknown

EBR Sheriff Officer, Jaclyn Chapan, and

Hillar Moore, individually, and in their official capacities

## PETITION FOR RELIEF

   NOW INTO COURT COMES, Michael A. James, Pro-Se, an
individual of full age of majority and domiciled in the parish
of East Baton Rouge, State of Louisiana, who respectfully
represents the following:

                        1

   Named defendants herein are:

A. East Baton Rouge Parish Sheriff's Office/East Baton Rouge
   Parish/East Baton Rouge Parish Prison, a political subdivision
   of the State of Louisiana, which may be served via Mayor,
   Sharon Weston Broome at St. Louis Street Suite 301,
   Baton Rouge, Louisiana 70802

EXHIBIT A

B. Sheriff Sid J. Gautreaux III, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

C. Joshua Clark, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

D. Jordon Webb, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

E. Nathan Harrison, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

F. Terral Lockett, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

G. Eric David, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

H. Thomas Weimer, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

I. Leigh Rice, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

J. John Mistretta, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

K. Andrew Palermo, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

L. James Cooper, alleged upon information and belief to be an adult of the full age of majority and consent domiciled

in the Parish of East Baton Rouge, State of Louisiana.

M. J. Hale, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

N. K-9 Dakota, alleged upon information and belief to be a K-9 dog, and not of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

O. J. Geen, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

P. Chris Johnson, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of Orleans, State of Louisiana.

Q. 3 Unknown DEA Agents, alleged upon information and belief to be adults of the full age of majority and consent domiciled in the County of Harris, State of Texas.

R. Unknown Sheriff Officer, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana

S. Jaclyn Chapman, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

T. Hillary Moore III, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

On or around March 22, 2021, Joshua Clark submitted to Judge Beau Higgenbotham, a false and misleading affidavit to obtain a cell phone ping search warrant on phone number 225.362.1234.

3.

On or around March 24, 2021, Jordan Webb asked Houston's DEA Agents to drive by Petitioner address at 13926

Roanoke Falls Dr, Cypress, Texas and identify any vehicles located in the driveway of the residence. The DEA Houston Notified Jordon Webb of a black Porsche, bearing Louisiana license plate 254COX registered to Isaac Robinson II, in the driveway of Petitioner's residence.

4.

On March 27, 2021, approximately 8:00am, Several East Baton Rouge Sheriff officers and Narcotics detectives stopped and Surrounded petitioner's car at McDonald's, allegedly for illegal tint. Petitioner's car doesn't have tint; only factory installed electronic sun shades on the back windows. During this pretextual traffic stop, the unknown sheriff officer ran petitioner DMV and registration check. After the check petitioner was not allowed to leave, Joshua Clark and several others detectives search petitioner's car, confiscated and immediately searched his two cell phones, and plaintiff was arrested.

5.

Petitioner and his passenger (5yo Conner James) was placed in the back seat of Joshua Clark's vehicle, and no miranda was given and the detective drove plaintiff's car to the other side of McDonalds. While plaintiffs were being detained, Jordon Webb, deputy J. Hale, and K-9 Dakota were conducting an open air sniff on Storage unit #690 at 2914 South Sherwood forest Blvd, without a warrant and without probable cause.

6.

Approximately 8:45am Joshua Clark drove Michael A. James and Conner A. James to the back parking lot of 11055 Southfork Ave for 10-15 minutes. Then plaintiffs were taken to 11550 Southfork Ave, where several EBRSO Narcotics detectives were exiting the building, and placing their guns, vests, and unknown objects in their vehicles. After a few minutes, they re-entered the building and went to apartment #616. Joshua Clark escorted Michael

and Conner James to apartment #616. Once inside Michael James, Jr and Shawna Fisher were sitting in chairs and in handcuffs. Michael Jr said they had been in handcuffs approximately 30 minutes and held outside the apartment door, while some of the detectives searched the apartment with a warrant, consent, and without probable cause.

7.

Several of the narcotics detectives searched 11550 Southfork Ave Apt 616 and simultaneously searched 2914 South Sherwood Forest Blvd unit #690 at approximately 8:45am - 9:00am. These named detectives were Joshua Clark, Nathan Harrison, Terral Lockett, Eric David, Jordon Webb, Thomas Weiner, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, and a few unknown agents. During the search of apartment 616, Joshua Clark put handcuffs on Conner James, a 5 year old minor child, and when Conner fell, several of the detectives rushed to help him to his feet. At this time they removed the handcuffs from Conner James, Michael James, Jr and Shawna Fisher.

8.

Approximately 10am I asked Joshua Clark if Michael Jr could take Conner James to my Mother's house. Then I was transported to 13016 Gurney Rd, in Central by Joshua Clark.

9.

Leigh Rice submitted a fictitious evidence report. She fabricated a list of drugs found at 11550 Southfork Ave, and the type of drugs, as well as the quantity of drugs found and other items. Also, she failed to mention the $81,000.00 in cash that was taken from 11550 Southfork Ave.

10.

Approximately 10:30am Joshua Clark transported Plaintiff to East Baton Rouge Parish Prison. Approximately 7:00pm, several

Houston DEA Agents searched Plaintiff's home at 13926 Roanoke Falls DR, Cypress Texas and seized over $70,000 in cash, several cell phones, and other personal property.

11.

On March 29, 2021 East Baton Rouge Sheriff office seized appoximately $50,000.00 in cash from plaintiff's personal and business checking accounts, using a misleading and false warrant.

12.

On June 25, 2021 the District Attorney's office filed an invalid and fraudulent Bill of Information, charging plaintiff with 3 felonys, alleged to have happened in Baton Rouge on March 22, 2021, by plaintiff. Also, J. Clark and J. Webb conspired with the Assistant DA to withhold potentially exculpatory impeachment evidence, in bad faith, and to withhold material facts favorable to plaintiff.                13

The above described statement of facts, resulted in plaintiff's Constitutional rights, State Rights, and due process being violated by faults and negligence of the named defendents herein, Such faults and negligence include but is not necessarily limited to the following:

1. False arrest and False imprisonment

2. Unlawful traffic stop and Illegal search and seizure.

3. Malicious prosecution and Procedural due process violated

4. Intentionally and deliberately withholding material facts favorable to the plaintiff.

5. Arrest and Search were effected without a warrant and probable cause.

6. Agents intentionally submitted false and misleading affidavits to obtain search warrants.

14.

As a result of the faults and negligence of named defendants herein, Plaintiff alleges the following general and specific relief for which he is entitled to recover in

an amount calculated to adequately compensate him and
Conner James for the damages sustained in the afore-
mentioned incident:

1. Loss of enjoyment of life and liberty.
2. Loss of income and/or lost of earning capacity
3. Loss of assets and credit.
4. Deprived of children and family.
5. Past, present, and future mental anguish, anxiety, emotional
distress, suffering and anguish.
6. Great humiliation, intentional infliction of humiliation,
embarrassment, ongoing embarrassment, and defamation of
character.
7. Intentional infliction of emotional distress
8. Displacement and disrepute.
9. Post trumatic stress disorder.

                            15.
Upon information and belief and at all times pertinent to this
suit, defendants Joshua Clark, Jordon Webb, Nathan Harrison, Terral
Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta,
Andrew Palermo, James Cooper, J. Hale, K-9 Dakota, J. Geen, and
1 unknown EBR Sheriff officer are employees of East Baton
Rouge Parish in the course and scope of their employment and/or
on a mission for the East Baton Rouge Parish. As such, East
Baton Rouge Parish is vicariously liable for the damages occasioned
by the unlawful conduct of these defendants, under the
doctrine of Respondeat Superior.

                            16.
Upon information and belief and at all times pertinent to this
suit, defendants, Joshua Clark, Jordon Webb, Nathan Harrison,
Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John
Mistretta, Andrew Palermo, James Cooper, J. Hale, K-9 Dakota,
J. Geen, and 1 unknown EBR Sheriff officer are employees

of Sheriff Sid J. Gautreaux III, in the course and scope of their employment and/or on a mission for the Sheriff Sid J. Gautreaux III. As such, Sheriff Sid J. Gautreaux III is vicariously liable for the damages occasioned by the unlawful conduct of these defendants, under the doctrine of Respondeat Superior.

Respectfully Submitted:

Michael A. James

Michael A. James, pro-se

EBR Parish Prison #9000097411

2867 Gen Isaac Smith Ave

Baton Rouge, LA 70807

Signed in Baton Rouge, Louisiana, on October 24, 2022

EAST BATON ROUGE PARISH
Filed Nov 03, 2022 10:05 AM
Deputy Clerk of Court

C-725331
27

**Appendix 9C. (Rule 13.3) Application To Proceed In Forma Pauperis Filed in District Court**

**In Forma Pauperis Application**
**Civil Litigation Filed by Offender/**
**Prisoner**

_Michael A. James; Conner A. James_                     **NUMBER** _____    **SECTION/DIV:** _____

**19TH JUDICIAL DISTRICT**

**VERSUS**

**PARISH OF EAST BATON ROUGE**

_East Baton Rouge City/Parish_                          **STATE OF LOUISIANA**

### OFFENDER/PRISONER PAUPER MOTION AND ORDER FOR DISTRICT COURT

NOW INTO COURT COMES _Michael A. James_ , Petitioner in the above-styled cause and, pursuant to the provisions of C.C.P. art. 5181 et seq., respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor. In accordance with LSA-R. S. 15:1186 et seq., the Petitioner shall be required, when funds exist, to pay an initial partial filing fee of 20% of the average monthly deposits and thereafter prison officials shall be required to forward to the Clerk of court monthly payments of 20% of the preceding month's income credited to the Petitioner's inmate account until the entire filing fee is paid. Petitioner hereby authorizes the Department of Corrections to withdraw and forward to the Clerk of Court the initial and subsequent monthly payments from his/her inmate banking account as ordered by the Court.

Date: _10/24/22_     _Michael A. James_     _900009741_
                **Signature and D.O.C. Number**

_East Baton Rouge Parish Prison_
**Name of Facility Where Currently Housed**

_2867 Gen Isaac Smith Ave, Baton Rouge, LA 70807_
**Address of Facility**

**Note: Pauper Application IS DENIED because it is not notarized.**

**Michael A. James will need to engage an outside Notary to come to the EBRP Prison to notarize the Pauper Application. They can come from 8:00 a.m. to 1:00 p.m. to 4:00 p.m. per the Warden/s Secretary.**

11/7/2022

*Trudy M. White*

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Michael A. James_ declare that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty that I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (X)
a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you have received. _MARCH 2021, $3000.00_

2. Have you received within the past twelve months any money from any of the following sources?
a. Business, profession, or form of self employment (hobby craft sales included)? Yes ( ) No (X)
b. Rent payments, interest or dividends? Yes ( ) No (X)
c. Pensions, annuities, or life insurance payments? Yes ( ) No (X)
d. Gifts or inheritances? Yes ( ) No (X)
e. Any other sources? Yes ( ) No (X)
If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months.

3. Do you own any cash, or do you have money and/or bonds in a checking or savings account? (Include any funds in prison accounts)Yes ( ) No (X). If the answer is yes, state the total value of items owned.
Prison Drawing Account: $ 2.71
Prison Savings Account: $
a. Cash: $
b. Bonds: $
c.Other(s) (specify):_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)? Yes ( ) No (X)
If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, indicate how much you contribute toward their support. _CONNER A. James, Father_

I declare under penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury and/or dismissal of my suit. I authorize the Department of Corrections to make payments from my account(s) in accordance with law.

Date: _10/25/22_          _Michael A. James_ 900009741|
**Signature of Petitioner and D.O.C. Number**

**STATE OF LOUISIANA**
**PARISH OF** _East Baton Rouge_

_Michael A. James_, being first duly sworn and under oath presents that he has read, signed, and subscribed to the above and states that the information therein is true and correct.

_Michael A. J_      _9000097411_
**Petitioner's Signature**      **Petitioner's D.O.C. Number**

Subscribed and sworn to before me this ___ day of _____, 20__.

_No Notary available at this facility_
**Notary Public or other person authorized to administer oaths**

_____
**Title and Identification Number**

**STATE OF LOUISIANA**
**PARISH OF** _East Baton Rouge_

_Michael A. James_ being first duly sworn and under oath, did depose and say that he/she is not an attorney or petitioner; that he/she knows Petitioner and knows his/her financial condition, and believes that he/she is unable to pay the costs of court in advance, or as they accrue, or to furnish security therefor.

_Michael A. J_
**Signature of Affiant**

Subscribed and sworn to before me this ___ day of _____, 20__.

_No Notary available at this facility_
**Notary Public or other person authorized to administer oaths**

_____
**Title and Identification Number**

*Hard Copies*

J01

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that _Michael A. James_ inmate number _900069741_, the Petitioner herein, has the following sums of money on account to his/her credit at _EBR Prison_ institution where he/she is confined:

Prison Drawing Account: $ _2.71_

Prison Savings Account: $

A. Cash: $

B. Bonds: $

I further certify that the average monthly deposits for the preceding six months is $ _45.00_. (The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.

I further certify that the average monthly balance for the prior six months is $ _14.41_. (The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)

Date Certified: _10/17/22_ _____
                          Signature of Authorized Officer of Institution and
                          Title of Institution

_____    NUMBER _____    SECTION/DIVISION: _____

**VERSUS**                          **19TH JUDICIAL DISTRICT**

                                    **PARISH OF EAST BATON ROUGE**

_____    **STATE OF LOUISIANA**

### DISTRICT COURT PAUPER ORDER

Considering the Petitioner's application to proceed in forma pauperis; that the said application reflects the status of his/her eligibility as of the date of the signing of the form, the law and evidence being in favor thereof:

IT IS ORDERED, that Petitioner's motion to proceed in forma pauperis is granted pursuant to law, for the purpose of the filing fee. All petitioners granted in forma pauperis status shall be assessed and required to pay $ _____, the full filing fee, in amounts as set by LSA-R.S.15:1186, et seq., plus all costs accruing after the filing of the suit. Petitioner shall be required to pay an initial partial filing fee and thereafter, without further action by the Petitioner, prison officials shall be required to forward monthly payments from the Petitioner's inmate account until the entire filing fee is paid.

IT IS FURTHER ORDERED, that within 20 days from the date of this order the Petitioner shall pay an initial partial filing fee in the amount of $ _____ to the Clerk of Court for the ___ Judicial District Court, or the suit may be dismissed or stayed. It is the Petitioner's responsibility to pay the initial partial filing fee.

IT IS FURTHER ORDERED that following the initial payment, the Petitioner shall make monthly payments of 20 per cent of the preceding month's income credited to his/her prison account until costs due are paid. The Louisiana Department of Public Safety and Corrections Centralized Inmate Banking Section shall automatically forward monthly payments to the court for the payment of the filing costs due, without further action by the Petitioner.

IT IS FURTHER ORDERED that following payment of the initial partial filing fee, Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections shall forward the monthly payment from the Petitioner's prison account to the Clerk of Court each time the amount in Petitioner's prison account exceeds $10 until the initial advance deposit of $ _____ and all costs accruing after filing are paid.

IT IS FURTHER ORDERED that a copy of this order shall be mailed to the Petitioner and to Centralized Inmate Banking Section of the Louisiana Department of Public Safety and Corrections.

IT IS FURTHER ORDERED, that the Louisiana Department of Public Safety and Corrections remit the above ordered funds to the ____ Judicial District Court, as herein ordered, at the following address: Collections Department. P.O. Box _____, LA _____ in accordance with law until all costs are paid.

SO ORDERED, this ___ day of _____, 20__, at _____, Louisiana.

_____
**JUDGE/COMMISSIONER**
**____JUDICIAL DISTRICT COURT**

MICHAEL JAMES, ET AL      C-725331 SECTION: 27

~~DOC #~~ 9 0 0 0 0 9 7411

                       19TH JUDICIAL DISTRICT COURT

VS.                            PARISH OF EAST BATON ROUGE

EAST BATON ROUGE CITY/PARISH ,   STATE OF LOUISIANA
ET AL

### ORDER TO FILE PETITION ON COURT APPROVED IJR FORM

      The Court, having considered the petition and the Nineteenth Judicial District Court Civil Rules of Court, finds that the Petitioner has failed to comply therewith. Therefore,

      **IT IS ORDERED** that in accordance with Rule 60.0(C) self-represented offenders/prisoners in the custody of the Department of Corrections appealing a decision of the Department or prison administration in accord with the CARP shall use the form IJR-1, "Petition for Judicial Review," (ENCLOSED) to apply for review of an administrative decision, excluding delictual actions for injury or damages.

      **THUS DONE AND SIGNED, DECEMBER 8, 2022** at Baton Rouge, Louisiana.

                                    KINA KIMBLE
                                    COMMISSIONER, SEC. B
                                    NINETEENTH JUDICIAL DISTRICT COURT

**FILED**
**DECEMBER 8, 2022**
**TCAREY**

**FORM 2029**

**I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.**
**SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.**

**DONE AND MAILED ON  December 12, 2022**

DEPUTY CLERK OF COURT

Appendix 60.2. (Rules 60.0 - 60.7)

Appendix 60.2. (Rule 60.2) Form IJR-1: Petition for Judicial Review

Form IJR-1 (Rev. 9/09)
Administrative Appellate Petition
for Judicial Review

# NINETEENTH JUDICIAL DISTRICT COURT
## PARISH OF EAST BATON ROUGE
### STATE OF LOUISIANA

*Michael A. James*

*Conner A. James*
**(Enter above, the full name and D.O.C.
number of the Appellant/Petitioner in
this action.)**

SUIT NUMBER: *C-725331*

**VERSUS**

*East Baton Rouge City/Parish, ETAL* SECTION/DIVISION: *B*

**(Enter above, the full name of the
Agency, or Defendant in this action.)**

## PETITION FOR JUDICIAL REVIEW

I.   **Administrative Remedy Action  (exhaustion is required prior to appeal):**

A.   Did you present the facts relating to your complaint in the prisoners'
grievance procedure?

YES ( )          NO (X)

B.   If your answer is YES, what is the number assigned to the prisoners'
grievance? (Note: List <u>only</u> one; R.S. 15:1177 and *Lightfoot v. Stalder*, 97-
2626 (La. App. 1st Cir. 12/28/98), 727 So.2d 553).

ARP No.: _____ *N/A* _____

Disciplinary Board Appeal No.: __*N/A*_____

Property Claim No.: _____ *N/A* _____

C.   If your answer is YES:

    1.   What steps did you take? _____

        _____

    2.   What was the result? _____

        _____

## II.   <u>Previous Lawsuits Involving Same Facts</u>:

A.   Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action or the same administrative grievance?

    YES (X)      NO ( )

B.   If your answer is YES, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.   Parties to the previous lawsuit:

        Plaintiff(s): *Michael A. James* ~~D.O.C. Number:~~ *900809741/*

                *Connver A. James* ~~D.O.C. Number:~~

        Defendant(s): *Joshua Clark, ET AL*

    2.   Court (If Federal Court, name the District; if State Court, name the Parish.): *United States Dist. Court Middle Dist. of LA*

    3.   Docket number: *22-604-SDD-RLB*

    4.   Name of Judge to whom case was assigned: *Richard L. Bourgeois, Jr*

2

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) ~~Dismissed~~ Dismissed

6. Approximate date of filing lawsuit: August 10, 2022

7. Approximate date of disposition: November 30, 2022

8. If you have any PLRA Strikes imposed by this or any other court, state the number and identify the Court imposing the Strike: # of strikes ∅ name of courts imposing: _____

---

**III.    Parties To This Appeal:**

A.    Appellant/Petitioner (Fill in your name, D.O.C. Number, and present address.)

Name _Michael A. James_    ~~D.O.C.~~ Number _9000097411_

Address: _2867 Gen Isaac Smith Ave Baton Rouge, LA 70807_

(In item B below, place the full name of the Agency or defendant in the first blank, their official position in the second blank, and their place of employment in the third **blank.**  Use item C for the names, positions, and places of employment of any **additional defendants.**)

B.    Defendant _Joshua Clark_, is employed as _Sheriff deputy_ _East Baton Rouge Parish Sheriff's office_

C.    Additional Defendants:

_____

_____

---

**IV.    Statement of Claim:  (type or print legibly)**

State **briefly** why you believe the final Department decision in the administrative remedy action you listed in Part I, above, is incorrect.
(See La. R.S. 15:1177) (If necessary, you may add a one-page memorandum.)

_administrative remedy is not appropriate. The petition_

3

*file is beyond the scope of the Department of*
*Corrections grievance procedures*

**V.**      **Relief:**

**State** briefly exactly what you want the court to do for you. Make no legal **arguments**. Cite no cases or statutes.

*immediately release petitioner Michael A. James, and award 120 millions dollars ($120,000,000.00) for his unlawful arrest and confinement, and for illegal search and Seizures.*

**VI.**      **Rule XIII – Uniform Court Rules:**

**YOU** *MUST ATTACH* **TO THIS PETITION**    *A COPY OF THE FINAL DECISION* **BY THE DEPARTMENT. (failure to comply will delay this appeal).**

**VII.**      **Inmate Assistance Certificate (required):**

A. Were you assisted by any inmate in the preparation of, or research of this lawsuit?

YES ( )          NO (X)

B. If your answer is Yes, <u>the inmate who assisted must print and sign</u> his/her name, along with his/her D.O.C. Number, certifying that he/she supports the appellant's claims herein. If none assisted you, print "NONE" and sign your name.

_____       _____
**Inmate Counsel Substitute and**          **I.C.S. Signature**
**D.O.C.**      **Number**

_____
**Date**

4

This Appellate Petition is signed this _15_ day of _December_, 20_22_.
(signature must be original)

_Michael A. J_____,      **D.O.C.** Number _900009741/_
**Signature of Appellant/Petitioner**

_East Baton Rouge Parish Prison_
**Current Facility or Address**

**VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF** _East Baton Rouge_

I, _Michael A. James_____, **D.O.C.** Number _900009741/_ being first duly
sworn, under oath says: that he/she is the plaintiff in this action and knows the content of the
above petition; that it is the truth, to the best of his/her knowledge, except as to those matters that
are stated in it on his information and belief.

_Michael A. J_____
**(Signature of Appellant/Petitioner)**

Subscribed and sworn before me this _____ day of _____, 20___.

_No Notary at this Prison_
**(Notary Public or other person authorized to administer an oath)**

## SERVICE INFORMATION REQUIRED

If the Defendant is not the Department of Corrections, Appellant/Petitioner must provide full names and
addresses for service below on all defendants.

5

http://www.lasc.org/rules/dist.ct/COURTRULESAPPENDIX60.2.PDF

6

Jan. 18, 2023

Re: Michael A. James #9000097411
      Address change

Dear Clerk:

On Jan 10, 2023 I was relocated to West Baton Rouge Parish Prison. Please update my address to the one I have listed below. I have several cases pending, but I was not able to bring any of my legal/court documents with me. Please forward me a copy of my pending civil matters. A stamped-filed copy please. If the court has sent anything after 1/10/2023, please forward me a copy, and a copy of the state disposition in my criminal case.
                                      Thanks

                                      Michael A. James

Michael A. James, #174134
Dorm A - WBRDC
P.O Box 620
Port Allen, LA 70767

If any one has been served in C-722232, C-723003, and C-725331 please forward me a copy of the notice. Thanks.
Please include the Docket Sheet/minutes for DC-21-03309

EAST BATON ROUGE PARISH
Filed Feb 10, 2023 9:45 AM
Deputy Clerk of Court

C-725331
27

Michael A. James, ET AL                    C-725331  Sect: 27

VS                                          19th JDC

EAST BATON ROUGE CITY/PARISH                Parish of East Baton Rouge

ET AL                                       State of Louisiana


                    Supplemental
            Motion To Amend Petition For Injuries


    Now Into Court comes, Michael A. James, pro se, who respect-
fully request to this court to amend his original petition and
represent the following:


    Petitioner was unlawfully arrested and confined on the 27th
day of March, 2021 by East Baton Rouge Sheriff officers,
and placed in East Baton Rouge Parish Prison until January
10th, 2023.
                            (1)
Petitioner Avers that during his unlawful confinement, he was
Severly injuried. On or about October 13 2021, Petitioner was
escorted to University hospital in New Orleans. As he was
exiting the transpation van, petitioner fell extremly hard
to the concrete slab, and bust the left side of his head.
After being taking to the emergency room, petitioner recieved
about 6 stitches in his head, Stayed several days in the
hospital, is suffering memory lost, and has lost some control
of his legs; Petitioner has very bad headaches and ongoing
headaches as of a result from the fall. The sheriff
officer had failed to assist petitioner, but was responsible
for the safekeep of petitioner person.
                            (2)
    The above described accident and resulting injuries and damages
was cause solely by the fault and negligence of the sheriff.
officer. Such fault and neglience include but is not necessarily




Certified True and
Correct Copy
CertID: 2023042000973

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

limited to the following:

a. Negligence

b. Negligent infliction of emotional distress

c. Failing to take all precautions to prevent petitioner from slips, trips, and falls

d. Failing to see and do what reasonably should have been done to avoid an incident to an inmate in restraints

e. Failing to assist an inmate in restraints with due care and diligence to safeguard and ensure his safety and minimize any damages.

(3)

At all times herein relevant, Petitioner, Michael A. James was an inmate in the custody and control of Sheriff.

(4)

Petitioner was in restraints including handcuffs, ankle chains, and chained to a black box; not properly assisted while exiting the vehicle. As a result of this lack of due care, Petitioner fell violently from the vehicle and sustained severe personal injuries. Petitioner was unable to avoid the fall, and had absolutely no way to brace himself or minimize the impact or subsequent injuries he sustained.

(5)

As a result of the fault and negligence of the Sheriff, petitioner Michael A. James, alleges the following general and specific damages for which he is entitled to recover in an amount calculated to adequately compensate him for the injuries and damages he sustained in the aforementioned accident:

(a) Past, present and future physical pain and suffering and loss of function;

(b) Past, present and future mental anguish and emotional distress, suffering and anguish;

(c) Special care and services;



**Certified True and Correct Copy**
CertID: 2023042000973

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(d) Loss of enjoyment of life, denial of life and liberty, and denial of equal protection and deprivation of property;

(e) Permanent and/or partial disability, and/or impairment of functions and activities;

(f) Loss of income and/or loss of earning capacity;

(G) invasion of privacy and infringement of freedom; and

(h) Violation of my 4, 5, 6, and 14th Amendments rights.

(6)

As a result of these injuries, Petitioner has incurred and will in the future incur expenses which he is entitled to recover from defendants, including medical expenses, drug/prescription medication, rehabilitation therapy, MRI/CT scans, diagnostic procedures, travel and other related and necessary expenses.

WHEREFORE, Petitioner prays that defendants be duly cited and served with a copy of this petition, to appear and answer same and after all legal delays and due proceedings are had, that there be judgement herein in favor of the petitioner, Michael A. James, and against named defendants herein, jointly and in solido, for all general and equitable relief, in the amount of $90,000,000.00 (ninety million dollars) or in such amounts as are reasonable under the premises and fixed and awarded at trial, along with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, including expert and witness fees and for all

Certified True and
Correct Copy
CertID: 2023042000973

*Laura Robichaux*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

other general and equitable relief the court deems fit

Respectfully Submitted:

Michael A James    2/13/23 7:34pm

Michael A. James, Pro-Se

DORM-A WBRDC

P.O. Box 620

Port Allen, LA 70767

Inmate # 174134

PLEASE SERVE:

Sheriff Sid J. Gautreaux III and the East Baton Rouge Sheriff Office

300 North Boulevard

Baton Rouge, LA 70801

Sheriff Sid J. Gautreaux III

8900 Jimmy Wedell Drive

Baton Rouge, LA 70807

And

State of Louisiana

Through the Attorney General

Baton Rouge, Louisiana

Laura Robichaux

Certified True and
Correct Copy
CertID: 2023042000973

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Feb 10, 2023 9:45 AM
Deputy Clerk of Court
C-725331
27

Michael A. James, ETAL                    C-725331 Sect: 27

        VS                                19th JDC

East Baton Rouge City/Parish,             Parish of East Baton Rouge

ETAL                                      State of Louisiana


# ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that the petitioner in the above captioned matter be granted leave of court to amend his original petition in the foregoing respects.

THUS DONE AND SIGNED, this ____ day of _____, 2023

                                KINA KIMBLE, COMMISSIONER,
                                SEC. B
                                19th JUDICIAL DISTRICT COURT

Respectfully Submitted:

Certified True and
Correct Copy
CertID: 2023042000974

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Feb 27, 2023 8:44 AM
Deputy Clerk of Court
C-725331
27

Michael A. James, ET AL                    C-725331 Sect 27

VS                                          19th Judicial District

East Baton Rouge City/Parish, ET AL        Parish of East Baton Rouge

                                            State of Louisiana


         Motion To Amend Petition For Relief To

    Include Reimbursement of Attorney's Fees, Expenses,

    and seized property


    NOW INTO COURT COMES Michael A. James, pro-se [IN Forma

Pauperis] who is domiciled in the County of Harris, State of Texas,

respectfully represents:

Petitioner was unlawfully arrested on the 27th day of March, 2021

by East Baton Rouge Sheriff Officers, and confined in the East Baton

Rouge Parish Prison from March 27, 2021 until January 10, 2023

with a bail of $2,035,000.00. On January 9, 2023 the State

of Louisiana dismissed all charges against petitioner in Case #

DC-21-03309, DA File # 02675-21, and the agency file # 21-14422.


                              (1)

    On or about the 8th day of April, 2021 petitioner hired Regan

Law PLC to defend him against the pending charges, for $50,000.00


                              (2)

    On the 25th day of June, 2021 The District Attorney for the 19th

Judicial District, Parish of East Baton Rouge, State of Louisiana

charged Michael A. James, petitioner with PWID/MANU/DIST

CDS-Schedule I and II, and Illegal carrying of a weapon with


Certified True and
Correct Copy
CertID: 2023030700803

Patricia Richard

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

CDS, violating Louisiana Revised Statutes 40:966A, 40:967A, and 14:95E.

### (3)

On the 27th day of March, 2021 East Baton Rouge Sheriff Officers ("EBRSO") seized two apple iphones imei#356709396194l and imei#35860907038514, which in actuality, belonged to petitioner.

### (4)

On the 27th day of March, 2021 EBRSO seized a nulink money counter (model 1900) and $81,000.00 dollars in U.S. currency from 11550 Southfork Ave Unit# 616, Baton Rouge, LA, which in actuality belonged to petitioner, Michael A. James. EBRSO intentionally failed to report the $81,000.00 dollars they seized/stole from petitioner's blue bag.

### (5)

On the 27th day of March, 2021 EBRSO seized a phoenix Arm 22 pistol s/n #4549062 and 250 rounds of ammunition from 11550 South-fork Ave, unit# 616, Baton Rouge, which in actuality, belonged to petitioner's son Michael A. James Jr. Also, petitioner contends that an involuntary consent form for an Oral DNA Swab from Michael A. James Jr was obtained.

### (6)

On the 4th day of June, 2021 EBRSO seized $46,154.82 from petitioner's chase Bank accounts, resulting in over $1500.00 in NSF fees and late charges, and several of petitioner's credit cards being charged off.

### (7)

Upon gathering the above information and belief, the EBRSO did NOT have probable cause to arrest petitioner and seize the items listed herein. The state of Louisiana dismissed all charges against petitioner.

Certified True and
Correct Copy
CertID: 2023030700803

*Patricia Richard*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

As such, petitioner respectfully request that the defendants herein be ordered to return all items seized back to petitioner and Michael A. James, Jr. to include NFS N.S.F. fees, late charges, interest earned.

(8)

Petitioner herein further respectfully request that defendants herein be ordered to reimburse his attorney fees and expenses of a combined total $65,000.00, and an additional $8500.00 for the hours spent doing his own paralegal work, and expenses incurred while being unlawfully confined in the East Baton Rouge Parish Prison.

(9)

Petitioner herein further respectfully request this Honorable Court order that the records from this case, including the DA File # 02c075-21, the agency File # 21-14422, and the case# DC-21-13209 be expunged from his record. Also remove any social media images.

(10)

Petitioner further respectfully requests that the defendants herein be ordered to pay court cost, filing fees, and attorney's fees relative to these proceedings, and any attorney's fees and expenses as a result of this unlawfully arrest.

(11)

Petitioner herein further respectfully requests that the defendants herein show cause on the date and time fixed by this Honorable Court as to why petitioner should not be granted the relief herein requested.

Thus done and signed this 20th day of February, 2023.



Certified True and
Correct Copy
CertID: 2023030700803

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

Michael A. James

Michael A. James

DORM-A WBRDC

P.O. Box 620

Port Allen, LA 70767

INMATE # 174134

PLEASE SERVE:

Sheriff Sid J. Gautreaux III and the EBRSO

300 North Blvd

Baton Rouge, La 70801

Sheriff Sid J. Gautreaux III

8900 Jimmy Wedell Drive

Baton Rouge, LA 70807

East Baton Rouge Parish ~~Sheriffs Office~~/City

Through its agent of Service of process

Mayor, Sharon Weston Broome

222 St Louis Street, Ste. 301

Baton Rouge, LA 70802

And

State of Louisiana

Through the Attorney General

Baton Rouge, Louisiana



**Certified True and Correct Copy**
CertID: 2023030700803

_Patricia Richard_

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Michael A. James, ET AL                    C-725331 Sect: 27
        VS                                 19th JDC
East Baton Rouge City/Parish               Parish of East Baton Rouge
ET AL                                      State of Louisiana

## ORDER

CONSIDERING THE FOREGOING:

I.T IS ORDERED that the petitioner in the above captioned matter be granted leave of Court to amend his petition in the foregoing respects.

THUS DONE AND SIGNED, this **6th** day of **March**, 2023

Judy M. White
Kira Kimble, Commissioner,
Sec. B                          **Judge Trudy M. White**
19th JDC                        **C-725331**

Respectfully Submitted:

Certified True and
Correct Copy
CertID: 2023030700803

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Mar 06, 2023 2:29 PM
Deputy Clerk of Court

C-725331
27

J01

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that *Michael A. James* inmate number *90006<sup>7</sup> 97411*, the Petitioner herein, has the following sums of money on account to his/her credit at *EBR Prison* institution where he/she is confined:

Prison Drawing Account: $ *2,71*

Prison Savings Account: $

A. Cash: $

B. Bonds: $

I further certify that the average monthly deposits for the preceding six months is $ *45.00* . (The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.

I further certify that the average monthly balance for the prior six months is $ *14.41* . (The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)

Date Certified: *10/17/22*  *Chris L. Austin*

Signature of Authorized Officer of Institution and
Title of Institution

*Good for 6 months*

Michael A. James, ET AL                    Docket # C-725331

VS.                                        19th J. D. C.

STATE OF LOUISIANA                         Parish of East Baton Rouge
East Baton Rouge City/Parish, ET AL         State of Louisiana

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO PROCEED IN FORMA PAUPERIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW, Michael A. James                plaintiff in the
above-styled cause, and pursuant to the provisions of C. Cr. P. Art. 5181 et seq.,
respectfully moving for leave to proceed in Forma Pauperis without prepayment of fees,
costs, or security therefor.

2/24/2023                                  Michael A. Ja
DATE                                       SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Michael A. James          declare that I am the DEFENDANT in the
above titled case; that in support of my motion to proceed without being required to
prepay fees, costs or give security; therefore, I state that because of my poverty that I am
unable to pay the cost of said proceedings or to give security therefore; I believe that I am
entitled to redress.

I further declare that the responses that I have made to questions and instructions
below are true, to the best of my knowledge.

Full Name: Michael A. James          Marital Status: Single

Address: 12260 Honeye Rd          Last Date Worked: March 2021

City/State/Zip: Roseland, LA 70456          Ending Salary: $69,000.00

Are you presently employed?    YES ( )        NO (X)

Last Employer Name/Address: Realogy, Houston, TX

Do you have any physical assets such as property, vehicle, home, etc.?: NO

If yes, describe assets: _____

Total Monetary Receipts in the past 6 months (Including Inmate Accounts):

$ 2438.05          Source: Parents

Do you receive any checks from Workman's Compensation, disability, welfare, Social

Security, unemployment, etc.?:  YES ( )        NO (X)

If yes, describe: _____

Number of Dependents: ___1___    List any creditors and amount owed: Ø

_____

Do you have any money in your Inmate Account or any other checking or savings

accounts?: YES (✓)        NO ( )    If yes, how much?: .03¢

I CERTIFY UNDER PENALY OF PERJURY THAT ALL FACTS CONTAINED

HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND

UNDERSTANDING.

Date: 2/24/2023                    _Michael A____

Signature of Applicant

     I hereby authorize the Department of Public Safety and Corrections and/or their
agents to withdraw from my savings or drawing account such funds which may be
necessary to pay court costs if so ORDERED by the court.  I further authorize the
Department of Public Safety and Corrections and/or their appointed agent to redeem any
savings bonds I may have, to pay said court costs in accordance with the provisions of
LA. R. S. 15:874(4).

PETITIONER'S SIGNATURE

SWORN TO AND SIGNED BEFORE ME THIS __ DAY OF _____, 20__

No Notary Available

NOTARY PUBLIC-PARISH OF W.B.R.-STATE OF LOUISIANA

INSTITUTIONAL STATEMENT

     I hereby certify that the Petitioner herein has the following sums of money on
account to his credit at the WEST BATON ROUGE PARISH PRISON, which is a unit
of the Department of Public Safety and Corrections for the State of Louisiana, where he
is confined:

Prison Drawing Account: 38.00

Prison Savings Account: 0

a. Cash: _____        b. Bonds: _____
     I further certify that Petitioner likewise has the following securities to his credit
according to the records of said institution. (If none, please specify)

_____

_____

7/28/23                          _Ms Katherine Rogers_
DATE                             (AUTHORIZED OFFICER

_Inmate Accounts_
TITLE OF ABOVE OFFICER

**MICHAEL A. JAMES**

VS.

STATE OF LOUISIANA

DOCKET # C-725331

**19TH** JUDICIAL DISTRICT

PARISH OF **EAST BATON ROUGE**

DATE FILED: _____

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## ORDER

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

WHEREFORE, AFTER DUE CONSIDERATION OF THE FOREGOING AND ATTACHED, IT IS HEREBY ORDERED THAT THE MOVANT, **MICHAEL A. JAMES** BE ALLOWED TO PROCEED IN FORMA PAUPERIS. **, WITHOUT HAVING TO PAY COSTS IN ADVANCE**

_Trudy M. White_

DISTRICT JUDGE          **Judge Trudy M. White**

THIS ORDER READ AND SIGNED OF THIS _____ **March 06**

**2023** ____, IN _____ Baton Rouge _____, LOUISIANA.

EAST BATON ROUGE PARISH   C-725331
Filed Mar 06, 2023 2:29 PM
Deputy Clerk of Court

Michael A. James, ET AL                    C-725331 Sect 27

VS.                                        19th JDC

East Baton Rouge City/Parish, ET AL        Parish of East Baton Rouge
                                           State of Louisiana


Motion To Reconsider Pauperis Status


Now INTO COURT COMES, Michael A. James, pro-se and pursuant
to the provisions of C.Cr.P. Art. 5181 et seq, respectfully request
this court to reconsidering his motion to proceed in Forma Pauperis
without prepayment of fees, costs, or security therefor.


In support of plaintiff motion to reconsider, he submits
a New Motion To Proceed In Forma Pauperis, with the
original certified statement of account.
Plaintiff Avers that he has Pauper Status in East Baton Rouge
19th Judicial District Court, and that it has already been establish
that he is unable to pay the cost of said proceedings.

(1)

The petitioner is incarcerated, is indigent and unable to pay
the cost associated with filing this action with the Court, said
cost to include, filing fees, court costs, process of services costs,
Subpoena fee, witness fees, etc.

(2)

The petitioner does not own any property, bonds, stocks, cash, or other assets with which to pay said costs, nor does petitioner have any other source of income such as Social Security benefits, unemployment insurance, workers compensation insurance, disability benefits, retirement account, etc.

Respectfully submitted this 1st day of March, 2023.

Michael A. Jones

Michael A. Jones

P.O. Box 620

Port Allen, La 70767

Inmate # 174134



# *Doug Welborn*

### Clerk of Court

19th Judicial District
Parish of East Baton Rouge

*P.O. Box 1991*

Baton Rouge, La 70821-1991
Telephone: (225) 389-3982

www.ebrclerkofcourt.org

---

**MICHAEL JAMES**
**P.O. BOX 620**
**PORT ALLEN, LA 70767**

**MICHAEL JAMES, ET AL**
**VS**
**EAST BATON ROUGE CITY/PARISH , ET AL**

Date: **FEBRUARY 22, 2023**

Suit #: **C-725331**

We have received your **PETITION AND SUPP PETITION** in the above matter but are unable to process the pleading(s) due to a lack of funds (see below):

**(X)--the pauper motion was denied by the Judge**

The pleading(s) may be forwarded to the Civil Suit Records Department and may not be processed until we receive the amount of **$850.00.**

**IT IS IMPERATIVE** that a copy of this notice be returned with your payment so that we may expedite service.

---

Thank you,

*Ayauna Collins*

_____
Deputy Clerk of Court

For information call:
Accounting Department
225-389-3982

Civil No, 130 Rev. 07/18
Clerk of Court/Accounting

*Motion to Proceed In Forma Pauperis with*
*Statement of Account*

*Aug. 12 2022*
*Oct. 10 2022*

*Granted for 6 months.*

**SERVICE COPY**



D10970648

# NOTICE OF FILING

MICHAEL JAMES, ET AL
(Plaintiff)

NUMBER C-725331 "27"

VS

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

EAST BATON ROUGE CITY/PARISH , ET AL
(Defendant)

STATE OF LOUISIANA

TO:   **SHERIFF SID J. GAUTREAUX III**
     **AND THE EBRSO**
     **300 NORTH BLVD.**
     **BATON ROUGE,  LA 70801**

GREETINGS:

    You are hereby notified that a **MOTION TO AMEND PETITION FOR RELIEF TO INCLUDE REIMBURSEMENT OF ATTORNEY'S FEES, EXPENSES AND SEIZED PROPERTY; ORDER** was filed in our court.  Certified copy(s) is(are) attached hereto, as requested by **JAMES, MICHAEL,** Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 7, 2023**.

RECEIVED

MAR 0 9 2023

7202.029



*Patricia Richard*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE     $_____          _____
TOTAL:       $_____                Deputy Sheriff

RECEIVED
MAR 0 9 2023
E B R SHERIFF'S OFFICE

NOTICE OF FILING--2143

EAST BATON ROUGE PARISH
Filed Feb 27, 2023 8:44 AM
Deputy Clerk of Court
C-725331
27

Michael A. James, ET AL                              C-725331 Sect 27

US                                                   19th Judicial District

East Baton Rouge City/Parish, ET AL                  Parish of East Baton Rouge

                                                     State of Louisiana


            Motion To Amend Petition For Relief To

        Include Reimbursement of Attorney's Fees, Expenses,

        and seized property


        NOW INTO COURT COMES Michael A. James, pro-se [In Forma

Pauperis] who is domiciled in the County of Harris, State of Texas,

respectfully represents:


Petitioner was unlawfully arrested on the 27th day of March, 2021

by East Baton Rouge Sheriff Officers, and confined in the East Baton

Rouge Parish Prison from March 27, 2021 until January 10, 2023

with a bail of $2,035,000.00. On January 9, 2023 the State

of Louisiana dismissed all charges against petitioner in Case #

DC-21-03309, DA File# 02675-21, and the agency file # 21-14422.


                          (1)

    On or about the 8th day of April, 2021 petitioner hired Regan

Law PLC to defend him against the pending charges, for $59,000.00


                          (2)

    On the 25th day of June, 2021 The District Attorney for the 19th

Judicial District Parish of East Baton Rouge, State of Louisiana

charged Michael A. James petitioner with PWID/MANU/DIST

CDS-Schedule I and II, and Illegal carrying of a weapon with


Certified True and
Correct Copy
CertID: 2023030700803

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

CDS, violating Louisiana Revised Statutes 40:966A, 40:967A, and 14:95E.

(3)

On the 27th day of March, 2021 East Baton Rouge Sheriff Officers ("EBRSO") Seized two apple iphones imei#35617093961941 and imei#358609070385114, which in actuality, belonged to petitioner.

(4)

On the 27th day of March, 2021 EBRSO seized a nulink money counter (model 1900) and $81,000.00 dollars in U.S. currency from 11550 Southfork Ave Unit#606, Baton Rouge, LA, which in actuality belonged to petitioner, Michael A. James. EBRSO intentionally failed to report the $81,000.00 dollars they seized/stole from petitioner's blue bag.

(5)

On the 27th day of March, 2021 EBRSO seized a phoenix Arm 22 pistol s/n#4549062 and 250 rounds of ammunition from 11550 Southfork Ave, unit#606, Baton Rouge, which in actuality, belonged to petitioner's son Michael A. James Jr. Also, petitioner contends that an involuntary consent form for an Oral DNA Swab from Michael A. James Jr was obtained.

(6)

On the 4th day of June, 2021 EBRSO seized $46,154.82 from petitioner's chase Bank accounts, resulting in over $1500.00 in NSF fees and late charges, and several of petitioner's credit cards being charged off.

(7)

Upon gathering the above information and belief, the EBRSO did not have probable cause to arrest petitioner and seize the items listed herein. The state of Louisiana dismissed all charges against petitioner



**Certified True and Correct Copy**
CertID: 2023030700803

*Patricia Richard*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

As such, petitioner respectfully request that the defendants herein be ordered to return all items seized back to petitioner and Michael A. James, Jr. to include NFS NSF fees, late charges, interest earned.

(8)

Petitioner herein further respectfully request that defendants herein be ordered to reimburse his attorney fees and expenses of a combined total $65,000.00, and an additional $8500.00 for the hours spent doing his own paralegal work, and expenses incurred while being unlawfully confined in the East Baton Rouge Parish Prison.

(9)

Petitioner herein further respectfully request this Honorable Court order that the records from this case, including the DA File # 02C0975-21, the agency File # 21-14422, and the case # DC-21-03209 be expunged from his record. Also remove any social media images.

(10)

Petitioner further respectfully requests that the defendants herein be ordered to pay court cost, filing fees, and attorney's fees relative to these proceedings, and any attorney's fees and expenses as a result of this unlawfully arrest.

(11)

Petitioner herein further respectfully requests that the defendants herein show cause on the date and time fixed by this Honorable Court as to why petitioner should not be granted the relief herein requested.

Thus done and signed this 20th day of February , 2023.



Certified True and
Correct Copy
CertID: 2023030700803

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

Michael A. James

Michael A. James
Dorm-A WBRDC
P.O. Box 620
Port Allen, LA 70767
INMATE # 174134

PLEASE SERVE:

Sheriff Sid J. Gautreaux III and the EBRSO
300 North Blvd
Baton Rouge, La 70801

Sheriff Sid J. Gautreaux III
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

East Baton Rouge Parish Sheriffs Office / City
Through its agent of Service of process
Mayor, Sharon Weston Broome
222 St Louis Street, Ste. 301
Baton Rouge, LA 70802

And

State of Louisiana
Through the Attorney General
Baton Rouge, Louisiana



Certified True and
Correct Copy
CertID: 2023030700803

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Michael A. James, ET AL                    C-725331 Sect: 27

VS                                          19th JDC

East Baton Rouge City/Parish                Parish of East Baton Rouge

ET AL                                       State of Louisiana


## ORDER

CONSIDERING THE FOREGOING:

I.T IS ORDERED that the petitioner in the above captioned matter be granted leave of Court to amend his petition in the foregoing respects.

THUS DONE AND SIGNED, this **6th** day of **March** , 2023


Judy M. White

Kira Kimble, Commissioner,

Sec. B                     **Judge Trudy M. White**

19th JDC                   **C-725331**


Respectfully Submitted:


Certified True and
Correct Copy
CertID: 2023030700803

Patricia Kirkland

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RETURN COPY**



D10970648

# NOTICE OF FILING

**MICHAEL JAMES, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE CITY/PARISH , ET AL**
(Defendant)

**NUMBER C-725331 "27"**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **SHERIFF SID J. GAUTREAUX III**
          **AND THE EBRSO**
          **300 NORTH BLVD.**
          **BATON ROUGE,  LA 70801**

GREETINGS:

You are hereby notified that a **MOTION TO AMEND PETITION FOR RELIEF TO INCLUDE REIMBURSEMENT OF ATTORNEY'S FEES, EXPENSES AND SEIZED PROPERTY; ORDER** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **JAMES, MICHAEL,** Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 7, 2023**.



*Patricia Richard*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:       $_____          _____
MILEAGE       $_____                   Deputy Sheriff
TOTAL:          $_____

**NOTICE OF FILING–2143**

RECEIVED
MAR 0 9 2023
E B R SHERIFF'S OFFICE

# ErlingsonBanks
## Attorneys at Law

March 30, 2023

**VIA HAND DELIVERY**
Doug Welborn
19th Judicial District Court
Post Office Box 1991
Baton Rouge, Louisiana 70821

RE:    *Michael A. James; Conner A. James v. East Baton Rouge City/Parish; Sid J.*
       *Gautreaux III; Joshua Clark; Jordan Webb; Nathan Harrison; Terral Lockett;*
       *Eric David; Thomas Weimer; Leigh Rice; John Mistretta; Andrew Palermo;*
       *James Cooper; J. Hale; K-9 Dakota; J. Green; DEA Chris Johnson; Does; Jaclyn*
       *Chapan; Hillar Moore*
       Docket No.: C-725331; Section 27; Nineteenth Judicial District Court
       Our File Number:  7202.029

Dear Clerk:

    Enclosed please find the original *Declinatory Exception of Insufficiency of Service of
Process and Peremptory Exception of No Cause of Action, Memorandum in Support of Exception,
Exhibits A-B, Rule to Show Cause,* and a *Request for Written Notice* to be filed on behalf of Sid J.
Gautreaux, in his capacity as Sheriff of East Baton Rouge Parish (*who is exempt from payment of
advance costs pursuant to La. R.S. 13:4521*).  Please file the original into the record of the Court,
forward to the appropriate Judge for consideration, and return a file stamped copy to our courier.

    Thank you for your attention to this matter.

    With kindest regards, I remain

                                        Very truly yours,

                                        **ERLINGSON BANKS, PLLC**

                                        *London B. Smith*

                                        London B. Smith

LBS/kas
Enclosures
cc:    Michael A. James

EAST BATON ROUGE PARISH
Filed Mar 30, 2023 3:32 PM
Deputy Clerk of Court

C-725331
27

| | |
|---|---|
| MICHAEL A. JAMES, ET AL. | DOCKET NO: C-725331    SECTION 27 |
| v. | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| EAST BATON ROUGE CITY/PARISH, ET AL. | STATE OF LOUISIANA |

## DECLINATORY EXCEPTION OF INSUFFICIENCY OF SERVICE OF PROCESS AND PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish (the "Sheriff"), the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, Joshua Clark, Jordon Webb, Nathan Harrison, Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, J. Hale, J. Green, and K-9 Dakota (collectively, "Sheriff Defendants"), for the limited purpose of bringing the *Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action* in response to the Petition for Relief and the Amended Petition filed by Plaintiffs, Michael A. James and Conner A. James.

Sheriff Defendants appear solely for the purposes of these Exceptions, without waiver of any rights, affirmative defenses, or additional exceptions, on behalf of themselves or any other defendant(s).

1.

On November 3, 2022, Plaintiffs filed a Petition for Relief and named as defendants: the Sheriff; the East Baton Rouge Parish Sheriff's Office; the East Baton Rouge Parish Prison; Joshua Clark; Jordon Webb; Nathan Harrison; Terral Lockett; Eric David; Thomas Weimer; Leigh Rice; John Mistretta; Andrew Palermo; James Cooper; J. Hale; J. Green; and K-9 Dakota.

2.

Plaintiffs never requested service on Sheriff Defendants, much less requested service within 90 days of their Petition dated November 3, 2022, as required by La. R.S. 13:5107(D) and La. C.C.P. art. 1201(C).

3.

On February 27, 2023, Plaintiffs filed a Motion to Amend Petition for Relief to Include Reimbursement of Attorney's Fees, Expenses, and Seized Property, wherein they requested

service on the Sheriff and the East Baton Rouge Parish Sheriff's Office. However, Plaintiffs did not request service on any other Sheriff Defendant.

4.

On March 6, 2023, the Court granted Plaintiffs' Motion to Amend their Petition and issued Notice thereof on March 7, 2023.

5.

As of the filing of these Exceptions, Plaintiffs have not requested service of the original Petition on Sheriff Defendants nor have Sheriff Defendants been served with the original Petition. As such, this suit should be dismissed, without prejudice, in accordance with Louisiana law.

6.

In addition, Plaintiffs purport to name the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, and K-9 Dakota as defendants in their Petition. However, these defendants lack legal capacity to be sued under Louisiana law and therefore, Plaintiffs have not and cannot state a cause of action against them.

7.

In support of the Declinatory and Peremptory Exceptions, Sheriff Defendants submit their *Memorandum in Support of Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action*, and attach, incorporate, and file contemporaneously with their Exceptions, the following exhibits as evidence, as though copied herein *in extenso*:

Exhibit "A"    Plaintiffs' Petition for Relief; and

Exhibit "B"    Notice of Motion to Amend Petition, Order, and Amended Petition.

**WHEREFORE,** Sheriff Defendants pray that after due proceedings are had, that this Court grant their *Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action*, and dismiss Plaintiffs' claims against Sheriff Defendants, at Plaintiffs' sole cost and expense, without prejudice, for insufficiency of service of process; and, with prejudice, as to the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, and K-9 Dakota, as these defendants lack the legal capacity to be sued.

*[Signature block on following page.]*

2

Respectfully submitted,

**ERLINGSON BANKS, PLLC**

BY: *London Smith*
_____
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
LONDON B. SMITH (#39507)
Erlingson Banks, P.L.L.C.
301 Main Street, Suite 2110
Baton Rouge, LA 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
merlingson@erlingsonbanks.com
cstpierre@erlingsonbanks.com
lsmith@erlingsonbanks.com
notices@erlingsonbanks.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action* has this day been sent by electronic mail and/or placed in the U.S. mail, postage prepaid, and properly addressed to:

Michael A. James, individually, and
on behalf of Conner A. James
P.O. Box 620
Port Allen, LA 70767
Inmate #174134

Baton Rouge, Louisiana, this 30th day of March, 2023.

*London Smith*
_____
London B. Smith

3

EAST BATON ROUGE PARISH
Filed Mar 30, 2023 3:32 PM    C-725331
Deputy Clerk of Court    27

| | |
|---|---|
| MICHAEL A. JAMES, ET AL. | **DOCKET NO: C-725331    SECTION 27** |
| **v.** | **19TH JUDICIAL DISTRICT COURT** |
| **EAST BATON ROUGE CITY/PARISH, ET AL.** | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

<u>**MEMORANDUM IN SUPPORT OF DECLINATORY EXCEPTION OF INSUFFICIENCY OF SERVICE OF PROCESS AND PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION**</u>

**MAY IT PLEASE THE COURT:**

Defendants, Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish (the "Sheriff"), the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, Joshua Clark, Jordon Webb, Nathan Harrison, Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, J. Hale, J. Green, and K-9 Dakota (collectively, "Sheriff Defendants"), through undersigned counsel, respectfully submit this *Memorandum in Support of Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action*. Sheriff Defendants appear solely for the purposes of these Exceptions, without waiver of any rights, affirmative defenses, or additional exceptions, on behalf of themselves or any other defendant(s).

For the reasons set forth more fully below, Plaintiffs failed to request service on Sheriff Defendants within 90 days of their Petition dated November 3, 2022, as required by La. R.S. 13:5107(D) and La. C.C.P. art. 1201(C). As such, Plaintiffs' claims against Sheriff Defendants should be dismissed, without prejudice, for insufficiency of service of process.

In addition, Plaintiffs' claims against the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, and K-9 Dakota should be dismissed, with prejudice, as these defendants have no legal capacity to sue or be sued under Louisiana law, and therefore, Plaintiffs cannot state a cause of action against them.

**I.    PRELIMINARY STATEMENT**

Plaintiffs, Michael A. James and Conner A. James, filed a Petition for Relief in the above referenced matter on November 3, 2022.[1] Plaintiffs named the following as defendants: the Sheriff; the East Baton Rouge Parish Sheriff's Office[2]; the East Baton Rouge Parish Prison[3];

---

[1] *See* Plaintiffs' Petition for Relief, attached hereto as Exhibit A.
[2] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pg. 1, ¶ 1(A).

Joshua Clark; Jordon Webb; Nathan Harrison; Terral Lockett; Eric David; Thomas Weimer; Leigh Rice; John Mistretta; Andrew Palermo; James Cooper; J. Hale; J. Green; and K-9 Dakota.[4] Plaintiffs' suit arises out of and relates to an arrest, which allegedly occurred on March 27, 2021.[5]

Plaintiffs did not request service on Sheriff Defendants within 90 days of initiating this action as required by La. R.S. 13:5107(D) and La. C.C.P. art. 1201(C). To date, Plaintiffs have not requested service of the Petition and Citation on any Sheriff Defendant. No waiver of service has been made by any Sheriff Defendant.

On February 27, 2023, more than 90 days from the commencement of this action, Plaintiffs filed a Motion to Amend Petition for Relief to Include Reimbursement of Attorney's Fees, Expenses, and Seized Property.[6] In their Amended Petition, Plaintiffs requested service on the Sheriff and the East Baton Rouge Parish Sheriff's Office.[7] However, Plaintiffs did not request service on any other Sheriff Defendant.

On March 6, 2023, the Court granted Plaintiffs' Motion to Amend their Petition and issued Notice thereof on March 7, 2023.[8] As of the filing of these Exceptions, Plaintiffs still have not requested service of the original Petition on Sheriff Defendants nor have Sheriff Defendants been served with the original Petition. Thus, in accordance with La. C.C.P. art. 1672(C), Sheriff Defendants' Declinatory Exception should be granted, and Plaintiffs' claims against Sheriff Defendants should be dismissed, without prejudice, for their failure to request service of citation on Sheriff Defendants.

Further, Plaintiffs have not and cannot state a cause of action against the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, and K-9 Dakota because these defendants lack legal capacity to be sued under Louisiana law. As such, Sheriff Defendants' Peremptory Exception should also be granted, and these three defendants should be dismissed from this suit, with prejudice, at Plaintiffs' sole cost.

## II.    LAW AND ARGUMENT

### A. Declinatory Exception: Insufficiency of Service of Process

Plaintiffs' failure to request service of the original Petition mandates dismissal of their

---

[3] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pg. 1, ¶ 1(A).
[4] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pg. 3, ¶ 1(N).
[5] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pgs. 4-6, ¶¶ 4-10.
[6] *See* Plaintiffs' Motion to Amend Petition, attached hereto as Exhibit B at pg. 2.
[7] Plaintiffs' Motion to Amend Petition, attached hereto as Exhibit B at pg. 5.
[8] Notice of Motion to Amend Petition, Order, and Amended Petition, attached hereto as Exhibit B.

claims against Sheriff Defendants. Insufficiency of service of process, including the failure to request service of citation on the defendant within the time prescribed by La. C.C.P. art. 1201(C), is a declinatory exception which may be raised pursuant to La. C.C.P. art. 925.[9]

La. C.C.P. art. 1201(C) provides that service of a citation "*shall* be requested on all named defendants within ninety days of commencement of the action."[10] La. R.S. 13:5107 provides service requirements for claims brought against the state and its agencies. Specifically, La. R.S. 13:5107(D)(1) mandates that service of citation "*shall* be requested" on the state agency or political subdivision and any officer or employee thereof "within ninety days of the commencement of the action[.]"[11] The purpose behind the ninety-day notice requirement is to make sure that the defendant receives notice of the suit within a reasonable time after it has been commenced.[12] Plaintiffs are strictly held to the obligation of serving the named state defendants within the period specified by La. R.S. 13:5107(D)(1).[13]

La. R.S. 13:5107(D)(2) provides for dismissal if service is not requested timely:

> If service is not requested by the party filing the action within the period required in Paragraph (1) of this Subsection, the action shall be dismissed without prejudice, after contradictory motion as provided in Code of Civil Procedure Article 1672(C), as to the state, state agency, or political subdivision, or any officer or employee thereof, upon whom service was not requested within the period required by Paragraph (1) of this Subsection.

La. C.C.P. art. 1672 mandates involuntary dismissal of an action if "good cause" is not shown why service could not have been requested within the 90-day period.[14] "When, on the face of the pleadings, the 90-day time limit for requesting service has been exceeded without request, the burden of proof is upon the party alleging 'good cause' to show 'why service could not be requested.'"[15] Although "good cause" is not defined in art. 1672(C), Louisiana courts have strictly construed the "good cause" requirement.[16]

---

[9] *Godfrey v. Reggie*, 2011-1575 (La. App. 3rd Cir. 5/2/12), 94 So. 3d 82, 90.
[10] Emphasis added.
[11] Emphasis added. *See* La. R.S. 13:5102(B). The term "political subdivision" includes the Sheriff and his deputies as officers and/or employees of East Baton Rouge Parish.
[12] *Llopis v. Louisiana State Bd. of Dentistry*, 2013-0659 (La. App. 4 Cir. 6/11/14), 143 So. 3d 1211, 1214, *writ denied*, 2014-1483 (La. 10/31/14), 152 So. 3d 152.
[13] *Velasquez v. Chesson*, 2013-1260 (La. App. 4 Cir. 10/8/14), 151 So. 3d 812, 814. *See also Tranchant v. State*, 2008-0978 (La. 1/21/09), 5 So. 3d 832, 837 (citing *Barnett v. Louisiana State Univ. Med. Ctr.-Shreveport*, 2002-2576 (La. 2/7/03), 841 So. 2d 725, 726).
[14] *Perkins v. Willie*, 2003-0126 (La. App. 1st Cir. 4/2/04), 878 So. 2d 574.
[15] *Miller v. Hirstius*, 2022-0740 (La. App. 1st Cir. 3/15/23), 2023 La. App. LEXIS 441, at *15 (citing La. C.C.P. art. 1672(C); *Freeman v. Ochsner Clinic Foundation*, 2020-283 (La. App. 5th Cir. 11/10/20), 307 So. 3d 335, 337).
[16] *Jones v. Iberville Parish Council*, 2012-0391 (La. App. 1st Cir. 1/2/12), 111 So. 3d 83, 85; *see also Vicedomini v. Pelts & Skins*, 2001-2268 (La. App. 1st Cir. 2/15/02), 808 So. 2d 867, 871.

In this case, Plaintiffs filed their Petition on November 3, 2022, but did not request service on Sheriff Defendants within 90 days of commencement of this lawsuit. To date, Plaintiffs still have not requested service of the original Petition on any Sheriff Defendant. No waiver of service was made by any Sheriff Defendant and no good cause can be shown by Plaintiffs as to why they failed to request service on Sheriff Defendants within 90 days of filing this suit.

The fact that Plaintiffs filed an Amended Petition and requested service on the Sheriff and the Sheriff's Office does not cure their failure to request service of the original Petition on Sheriff Defendants. The First Circuit has stated that "[s]ervice of a supplemental and amended petition as a substitute for citation and service of process of the original petition is not permitted under our laws."[17] Consequently, due to Plaintiffs' failure to request service of the original Petition on Sheriff Defendants, Sheriff Defendants' Declinatory Exception should be granted, and Plaintiffs' claims against Sheriff Defendants should be dismissed, without prejudice, at Plaintiffs' sole cost.

### B. Peremptory Exception: No Cause of Action

The purpose of a peremptory exception of no cause of action is to test the legal sufficiency of the petition by determining whether the law affords a remedy on the facts alleged in the pleading.[18] The objection is tried solely on the face of the petition.[19] No evidence may be introduced to support or controvert the objection that the petition fails to state a cause of action.[20]

In determining the validity of this Exception, all well-pleaded allegations of fact are accepted by the court as true,[21] and any doubts are resolved in favor of the sufficiency of the petition.[22] However, mere conclusions of the plaintiff, unsupported by facts, do not set forth a cause of action.[23] Thus, the only issue at the trial of an exception raising the objection of no

---

[17] *Barabay Prop. Holding Corp. v. Kennedy*, 2003-2237 (La. App. 1st Cir. 12/17/04), 2004 La. App. LEXIS 3140, at *18 (citing *Gant v. McGee*, 411 So. 2d 1191, 1192 (La. App. 4th Cir. 1982)); *see also Pylant v. Jefferson Parish*, 2005-148 (La. App. 5 Cir. 6/28/05), 907 So. 2d 807, 809 (citing *McGuire v. Environmental Monitoring Service, Inc.*, 2003-497 (La. App. 5 Cir. 9/30/03), 865 So. 2d 759) ("The filing of an amending petition does not cure the failure to timely request proper service of the original petition.").
[18] *Everything on Wheels Subaru, Inc. v. Subaru South, Inc.*, 616 So. 2d 1234, 1235 (La. 1993); *Hill v. Jindal*, 2014-1757 (La. App. 1 Cir. 06/17/15), 175 So. 3d 988, *writ denied*, 2015-1394 (La. 10/23/15), 179 So. 3d 600.
[19] *Paulsell v. State Dept. of Transp. & Dev.*, 2012-0396 (La. App. 1st Cir. 12/28/12), 112 So. 3d 856, 864, *writ denied*, 2013-0274 (La. 3/15/13), 109 So. 3d 386.
[20] *Copeland v. Treasure Chest Casino, LLC*, 2001-1122 (La. App. 1st Cir. 6/21/02), 822 So. 2d 68, 70.
[21] La. C.C.P. art. 931.
[22] *Lambert v. Riverboat Gaming Enforcement Division*, 96-1856 (La. App. 1 Cir. 12/29/97), 706 So. 2d 172, 175, *writ denied*, 715 So. 2d 1221 (La. 1998).
[23] *Ramey v. DeCaire*, 2003-1299 (La. 3/19/04), 869 So. 2d 114, 118.

cause of action is whether, on the face of the Petition, the plaintiff is legally entitled to the relief sought.[24]

> ### 1. Plaintiffs do not have a cause of action against the East Baton Rouge Parish Sheriff's Office or the East Baton Rouge Parish Prison under Louisiana law.

As noted above, Plaintiffs purport to name the East Baton Rouge Parish Sheriff's Office and the East Baton Rouge Parish Prison as defendants in this action.[25] However, as explained in more detail below, Plaintiffs have no cause of action against these entities as they have no legal capacity to be sued under Louisiana law.

As to the Sheriff's Office, it is well settled in Louisiana that a Sheriff's Department is not a legal entity capable of being sued.[26] "It is the elected Sheriff, not the 'Parish Sheriff's Office,' that is the constitutionally designated chief law enforcement officer of the Parish."[27] Louisiana law affords no legal status to the "Parish Sheriff's Department" so that the department can sue or be sued, as such status is reserved for the Sheriff.[28] Accordingly, Plaintiffs have not and cannot state a cause of action against the "East Baton Rouge Parish Sheriff's Office," and it should be dismissed from this proceeding, with prejudice, at Plaintiffs' cost.[29]

Further, the East Baton Rouge Parish Prison is a building and is not a proper defendant as it also lacks the capacity to be sued under Louisiana law. The Louisiana Supreme Court in *Roberts v. Sewerage & Water Board of New Orleans*, set forth the framework within which to determine an entity's juridical status.[30] The Louisiana Supreme Court in *Roberts* stated:

> [t]he important determination with respect to the juridical status or legal capacity of an entity is not its creator, nor its size, shape, or label. Rather the determination that must be made in each particular case is whether the entity can appropriately be regarded as an additional and separate government unit for the particular purpose at issue. In the absence of positive law to the contrary, a local government unit may be deemed to be a juridical person separate and distinct from other government entities, when the organic law grants it the legal capacity to function independently and not just as the agency or division of another governmental entity. Such a determination will depend on an analysis of specifically what the entity is legally empowered to do.[31]

---

[24] *Copeland*, 822 So. 2d at 70.
[25] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pg. 1, ¶ 1(A).
[26] *Valentine v. Bonneville Ins. Co.*, 1996-1382 (La. 3/17/97), 691 So. 2d 665, 668 (collecting cases); *Slocum v. Litchfield*, 2007-0006 (La. App. 1 Cir. 6/8/07), 964 So. 2d 1006, 1007, *writ denied*, 2007-1412 (La. 10/5/07), 964 So. 2d 943 ("a sheriff's department is not a legal entity capable of being sued").
[27] *Valentine*, 691 So. 2d at 668 (citing *Liberty Mut. Ins. Co. v. Grant Parish Sheriff's Department*, 350 So. 2d 236 (La. App. 3 Cir. 1977)); *see also* La. Const. art. V, § 27.
[28] *Valentine*, 691 So. 2d at 668.
[29] *Slocum*, 964 So. 2d at 1007.
[30] 634 So. 2d 341 (La. 1994).
[31] *Id.* at 346-47 (internal citations omitted).

In concluding that the Sewerage and Water Board was capable of being sued, the *Roberts* Court focused its analysis on the independent management, financing, and operations of the Board.[32] By contrast, in *City Council of Lafayette v. Bowen*, the Third Circuit Court of Appeal held that the City Council of Lafayette had no capacity to sue or be sued.[33] In so holding, the Third Circuit expressly found "no authority, Constitutional, Statutory, or via Home Rule Charter that authorizes the 'Lafayette City Council' to institute, of its own motion, a lawsuit[.]"[34]

Under the *Roberts* framework, the East Baton Rouge Parish Prison is not "legally empowered to do" anything independently of either the parish officials or the parish sheriff.[35] The prison is not a separate entity, but merely a facility of these greater entities. Thus, the Parish Prison is not an entity with the capacity to be sued, but a building.[36] Accordingly, Plaintiffs cannot state a cause of action against the "East Baton Rouge Parish Prison" and Plaintiffs' claims against the "East Baton Rouge Parish Prison" should be dismissed, with prejudice, at Plaintiffs' cost.

### 2.  Plaintiffs do not have a cause of action against K-9 Dakota under Louisiana law.

In their Petition, Plaintiffs purport to name the police dog, K-9 Dakota, as a defendant.[37] However, a dog is not a "person" capable of being sued under Louisiana law.[38]

La. C.C. art. 24 provides:

There are two kinds of persons: natural persons and juridical persons.

A natural person is a human being. A juridical person is an entity to which the law attributes personality, such as a corporation or a partnership. The personality of a juridical person is distinct from that of its members.[39]

Therefore, a police dog is not a proper defendant as to claims brought under Louisiana law; and the claims against "K-9 Dakota" should be dismissed, with prejudice, at Plaintiffs' cost.

---

[32] *Id.* at 352.
[33] 649 So. 2d 611, 616 (La. Ct. App. 1994), *writ denied*, 650 So. 2d 244 (La. 1995).
[34] *Id.* at 613.
[35] *See Roberts*, 634 So. 2d at 347.
[36] *See Jones v. St. Tammany Parish Jail*, 4 F. Supp. 2d 606, 613 (E.D. La. 1998) (dismissing the St. Tammany Parish Jail with prejudice); *Wetzel v. St. Tammany Parish Jail*, 610 F. Supp. 2d 545 (E.D. La. 2009).
[37] Plaintiffs' Petition for Relief, attached hereto as Exhibit A at pg. 3, ¶ 1(N).
[38] *Haynes v. E. Baton Rouge Sheriff's Office*, 2020 U.S. Dist. LEXIS 27176, at *3 (M.D. La. Feb. 18, 2020) (dismissing state law claims against a police dog with prejudice).
[39] *See also* La. C.C. art. 2315(A) ("Every act whatever of *man* that causes damage to another obliges him by whose fault it happened to repair it.") (emphasis added).

### III.    CONCLUSION

For all the foregoing reasons, this Court should grant Sheriff Defendants' *Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action.*

Service of Plaintiffs' original Petition was not requested in accordance with La. R.S. 13:5107(D) and La. C.C.P. art. 1201(C). Plaintiffs cannot set forth any facts showing good cause as to why service of the original Petition could not have been requested. In accordance with the express language of La. C.C.P. art. 1672(C) and La. R.S. 13:5107(D), dismissal of Plaintiffs' claims against Sheriff Defendants, without prejudice, is mandatory.

In addition, as set forth above, Plaintiffs have not established a cause of action against the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, or K-9 Dakota, and will not be able to establish a cause of action against these defendants, even if given the chance to amend, as they lack legal capacity to be sued. Thus, Plaintiffs' claims against these defendants should be dismissed, with prejudice, at Plaintiffs' sole cost.

Respectfully submitted,

**ERLINGSON BANKS, PLLC**

BY: *London Smith*

MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
LONDON B. SMITH (#39507)
Erlingson Banks, P.L.L.C.
301 Main Street, Suite 2110
Baton Rouge, LA 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
merlingson@erlingsonbanks.com
cstpierre@erlingsonbanks.com
lsmith@erlingsonbanks.com
notices@erlingsonbanks.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Memorandum in Support of Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action* has this day been sent by electronic mail and/or placed in the U.S. mail, postage prepaid, and properly addressed to:

> Michael A. James, individually, and
> on behalf of Conner A. James
> P.O. Box 620
> Port Allen, LA 70767
> Inmate #174134

Baton Rouge, Louisiana, this 30th day of March, 2023.

_____
London B. Smith

EAST BATON ROUGE PARISH
Filed Mar 30, 2023 3:32 PM    C-725331
Deputy Clerk of Court    27

| | |
|---|---|
| **MICHAEL A. JAMES, ET AL.** | **DOCKET NO: C-725331    SECTION 27** |
| | **19TH JUDICIAL DISTRICT COURT** |
| **v.** | **PARISH OF EAST BATON ROUGE** |
| **EAST BATON ROUGE CITY/PARISH, ET AL.** | **STATE OF LOUISIANA** |

## REQUEST FOR WRITTEN NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for Defendants, Sid J. Gautreaux, III, the East Baton Rouge Parish Sheriff's Office, the East Baton Rouge Parish Prison, Joshua Clark, Jordon Webb, Nathan Harrison, Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, J. Hale, J. Green, and K-9 Dakota, written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment or fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

**ERLINGSON BANKS, PLLC**

BY: _Jordon Smith_

MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
LONDON B. SMITH (#39507)
Erlingson Banks, P.L.L.C.
301 Main Street, Suite 2110
Baton Rouge, LA 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
merlingson@erlingsonbanks.com
cstpierre@erlingsonbanks.com
lsmith@erlingsonbanks.com
notices@erlingsonbanks.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Request for Written Notice* has this day been sent by electronic mail and/or placed in the U.S. mail, postage prepaid, and properly addressed to:

Michael A. James, individually, and
on behalf of Conner A. James
P.O. Box 620
Port Allen, LA 70767
Inmate #174134

Baton Rouge, Louisiana, this 30th day of March, 2023.

_____
London B. Smith

EAST BATON ROUGE PARISH   C-725331
Filed May 30, 2023 3:32 PM        27
Deputy Clerk of Court

EAST BATON ROUGE PARISH   C-725331
Filed Nov 03, 2022 10:06 AM      27
Deputy Clerk of Court

**EXHIBIT A**

Michael A. James                          Suit No: _____ Divi

Connor A. James                          19th Judicial District Court

Verse                                          Parish of East Baton Rouge

East Baton Rouge City/Parish;           State of Louisiana

Sid J. Gautreaux, III; Joshua Clark,

Jordan Webb, Nathan Harrison,

Terral Lockett, Eric David, Thomas

Weimer; Leigh Rice, John Mistretta,

Andrew Palermo, James Cooper,

J. Hale K-9 Dakota, J. Geen,

DEA Chirs Johnson, 3 Unknown

Houston, Tx DEA Agents, 1 unknown

EBR Sheriff officer, Jaclyn Chapan and

Hillar Moore, individually, and in their official capacities

## PETITION FOR RELIEF

NOW INTO COURT COMES, Michael A. James, Pro-Se, an
individual of full age of majority and domiciled in the parish
of East Baton Rouge, State of Louisiana, who respectfully
represents the following:

1.

Named defendants herein are:

a. East Baton Rouge Parish Sheriff's Office/East Baton Rouge
Parish/East Baton Rouge Parish Prison, a politica Subdivision
of the State of Louisiana, which may be served via Mayor,
Sharon Weston Broome at St. Louis Street ¢ wite 301,
Baton Rouge, Louisiana 70802

B. Sheriff Sid J. Gautreaux III, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

C. Joshua Clark, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

D. Jordon Webb, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

E. Nathan Harrison, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

F. Terral Lockett, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

G. Eric David, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

H. Thomas Weimer, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

I. Leigh Rice, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

J. John Mistretta, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

K. Andrew Palermo, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

L. James Cooper, alleged upon information and belief to be an adult of the full age of majority and consent domiciled

in the Parish of East Baton Rouge, State of Louisiana.

M. J. Hale, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

N. K-9 Dakota, alleged upon information and belief to be a K-9 dog, and not of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

O. J. Geen, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

P. Chris Johnson, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of Orleans, State of Louisiana.

Q. 3 Unknown DEA Agents, alleged upon information and belief to be adults of the full age of majority and consent domiciled in the County of Harris, State of Texas.

R. Unknown Sheriff Officer, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana

S. Jaclyn Chapman, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

T. Hillary Moore III, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

On or around March 22, 2021, Joshua Clark submitted to Judge Beau Higginbotham, a false and misleading affidavit to obtain a cell phone ping search warrant on phone number 225.362.1234.

3.

On or around March 24, 2021, Jordan Webb asked Houston's DEA Agents to drive by Petitioner address at 13926

Roanoke Falls Dr, Cypress, Texas and identify any vehicles located in the driveway of the residence. The DEA Houston Notified Jordon Webb of a black Porsche, bearing Louisiana license plate 254COX registered to Isaac Robinson II, in the driveway of Petitioner's residence.

4.

On March 27, 2021, approximately 8:00am, several East Baton Rouge Sheriff officers and Narcotics detectives stopped and surrounded petitioner's car at McDonald's, allegely for illegal tint. Petitioner's car doesn't have tint; only factory installed electronic sun shades on the back windows. During this pretextual traffic stop, the unknown sheriff officer ran petitioner DMV and registration check. After the check petitioner was not allowed to leave, Joshua Clark and several others detectives search petitioner's car, confiscated and immediately searched his two cell phones, and plaintiff was arrested.

5.

Petitioner and his passenger (5yo Conner James) was placed in the back seat of Joshua Clark's vehicle, and no miranda was given and the detective drove plaintiff's car to the other side of McDonalds. While plaintiffs were being detained, Jordon Webb, deputy J. Hale, and K-9 Dakota were conducting an open air sniff on Storage unit #690 at 2914 South Sherwood Forest Blvd, without a warrant and without probable cause.

6.

Approximately 8:45am Joshua Clark drove Michael A. James and Conner A. James to the back parking lot of 11055 Southfork Ave for 10-15 minutes. Then plaintiffs were taken to 11550 Southfork Ave, where several EBRSO Narcotics detectives were exiting the building, and placing their guns, vests, and unknown objects in their vehicles. After a few minutes, they re-entered the building and went to apartment #616. Joshua Clark escorted Michael

and Conner James to apartment #616. Once inside Michael James, Jr and Shawna Fisher were sitting in chairs and in handcuffs. Michael Jr said they had been in handcuffs approximately 30 minutes and held outside the apartment door, while some of the detectives searched the apartment with a warrant, consent, and without probable cause.

## 7.

Several of the narcotics detectives searched 11550 Southfork Ave Apt 616 and simultaneously searched 2914 South Sherwood Forest Blvd unit #690 at approximately 8:45am - 9:00am. These named detectives were Joshua Clark, Nathan Harrison, Terral Lockett, Eric David, Jordon Webb, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, and a few unknown agents. During the search of apartment 616, Joshua Clark put handcuffs on Conner James, a 5 year old minor child, and when Conner fell, several of the detectives rushed to help him to his feet. At this time they removed the handcuffs from Conner James, Michael James, Jr and Shawna Fisher.

## 8.

Approximately 10am I asked Joshua Clark if Michael Jr could take Conner James to my Mother's house. Then I was transported to 13016 Gurney Rd, in Central by Joshua Clark.

## 9.

Leigh Rice submitted a fictitious evidence report. She fabricated a list of drugs found at 11550 Southfork Ave, and the type of drugs, as well as the quantity of drugs found and other items. Also, she failed to mention the $81,000.00 in cash that was taken from 11550 Southfork Ave.

## 10.

Approximately 10:30am Joshua Clark transported Plaintiff to East Baton Rouge Parish Prison Approximately 7:00pm, several

Houston DEA Agents searched Plaintiff's home at 13926 Roanoke
Falls DR, Cypress Texas and seized over $70,000 in cash, several
cell phones, and other personal property.

11.

On March 29, 2021 East Baton Rouge Sheriff office seized
appoximately $59,000.00 in cash from plaintiff's personal and
business checking accounts, using a misleading and false warrant.

12.

On June 25, 2021 the District Attorney's office filed an invalid
and fraudulent Bill of Information, charging plaintiff with 3
felonys, alleged to have happened in Baton Rouge on March 22, 2021,
by plaintiff. Also, J. Clark and J. Webb conspired with the
Assistant DA to withhold potentially exculpatory impeachment
evidence, in bad faith, and to withhold material facts favorable
to plaintiff.                    13

The above described statement of facts, resulted in plaintiff's
Constitutional rights, State Rights, and due process being violated
by faults and negligence of the named defendents herein, Such
faults and negligence include but is not necessarily limited
to the following:

1. False arrest and False imprisonment
2. Unlawful traffic stop and Illegal search and seizure.
3. Malicious prosecution and Procedural due process violated
4. Intentionally and deliberately withholding material facts favorable
to the plaintiff.
5. Arrest and search were effected without a warrant and probable
cause.
6. Agents intentionally submitted false and misleading affidavits to obtain
search warrants.

14.

As a result of the faults and negligence of named defendants herein,
Plaintiff alleges the following general and specific relief for which
he is entitled to recover in

an amount calculated to adequately compensate him and Conner James for the damages sustained in the afore-mentioned incident:

1. Loss of enjoyment of life and liberty.
2. Loss of income and/or lost of earning capacity
3. Loss of assets and credit.
4. Deprived of children and family.
5. Past, present, and future mental anguish, anxiety, emotional distress, suffering and anguish.
6. Great humiliation, intentional infliction of humiliation, embarrassment, ongoing embarrassment, and defamation of character.
7. Intentional infliction of emotional distress
8. Displacement and disrepute.
9. Post trumatic stress disorder.

15.

Upon information and belief and at all times pertinent to this suit, defendants Joshua Clark, Jordon Webb, Nathan Harrison, Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, J. Hale, K-9 Dakota, J. Geen, and 1 unknown EBR Sheriff officer are employees of East Baton Rouge Parish in the course and scope of their employment and/or on a mission for the East Baton Rouge Parish. As such, East Baton Rouge Parish is vicariously liable for the damages occasioned by the unlawful conduct of these defendants, under the doctrine of Respondeat Superior.

16.

Upon information and belief and at all times pertinent to this suit, defendants, Joshua Clark, Jordon Webb, Nathan Harrison, Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta, Andrew Palermo, James Cooper, J. Hale, K-9 Dakota, J. Geen, and 1 unknown EBR Sheriff officer are employees

of Sheriff Sid J. Gautreaux III, in the course and scope
of their employment and/or on a mission for the Sheriff
Sid J. Gautreaux III. As such, Sheriff Sid J. Gautreaux
III is vicariously liable for the damages occasioned by
the unlawful conduct of these defendants, under the doctrine
of Respondeat Superior.

Respectfully Submitted:

Michael A. James

Michael A. James, pro-se
EBR Parish Prison #9000097411
2867 Gen. Isaac Smith Ave
Baton Rouge, LA 70807

Signed in Baton Rouge, Louisiana, on October 24, 2022

SERVICE COPY



# EXHIBIT B  D10970630

## NOTICE OF FILING

| | |
|---|---|
| **MICHAEL JAMES, ET AL**<br>(Plaintiff) | **NUMBER C-725331 "27"** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **EAST BATON ROUGE CITY/PARISH , ET AL**<br>(Defendant) | **STATE OF LOUISIANA** |

**TO:**   **SHERIFF SID J. GAUTREAUX III**
**8900 JIMMY WEDELL DRIVE**
**BATON ROUGE,  LA 70807**

GREETINGS:

You are hereby notified that a **MOTION TO AMEND PETITION FOR RELIEF TO INCLUDE REIMBURSEMENT OF ATTORNEY'S FEES, EXPENSES AND SEIZED PROPERTY; ORDER** was filed in our court.  Certified copy(s) is(are) attached hereto, as requested by **JAMES, MICHAEL,** Attorney.

This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 7, 2023**.

**RECEIVED**
MAR 0 9 2023
7202.029



*Patricia Richard*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20____.

| | | |
|---|---|---|
| SERVICE: | $_____ | |
| MILEAGE | $_____ | _____ |
| TOTAL: | $_____ | Deputy Sheriff |

RECEIVED
MAR 0 9 2023
E.B.R. SHERIFF'S OFFICE

**NOTICE OF FILING–2143**

EAST BATON ROUGE PARISH
Filed Feb 27, 2023 8:44 AM
Deputy Clerk of Court
C-725331
27

Michael A. James, ET AL

US

East Baton Rouge City/Parish, E.T.A.L

C-72533l Sect 27

19th Judicial District

Parish of East Baton Rouge

State of Louisiana

Motion To Amend Petition For Relief To
Include Reimbursement of Attorney's Fees, Expenses,
and seized property

NOW INTO COURT COMES Michael A. James, pro-se [In Forma
Pauperis] who is domiciled in the County of Harris, State of Texas,
respectfully represents:

Petitioner was unlawfully arrested on the 27th day of March, 2021
by East Baton Rouge Sheriff Officers, and confined in the East Baton
Rouge Parish Prison from March 27, 2021 until January 10, 2023
with a bail of $2,035,000.00. On January 9, 2023 the State
of Louisiana dismissed all charges against petitioner in Case #
DC-21-03309, DA File # 12675-21, and the agency file # 21-14422.

(1)

On or about the 8th day of April, 2021 petitioner hired Regan
Law PLC to defend him against the pending charges, for $50,000.00

(2)

On the 25th day of June, 2021 The District Attorney for the 19th
Judicial District Parish of East Baton Rouge, State of Louisiana
charged Michael A. James, petitioner with PWID/MANU/DIST
CDS-Schedule I and II, and Illegal carrying of a weapon with

Certified True and
Correct Copy
CertID: 2023030700802

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

CDS, violating Louisiana Revised Statutes 40:966A, 40:967A, and 14:95E.

(3)

On the 27th day of March, 2021 East Baton Rouge Sheriff Offices ("EBRSO") Seized two apple iphones imei # 356170939619141 and imei # 358608907038514, which in actuality, belonged to petitioner.

(4)

On the 27th day of March, 2021 EBRSO Seized a nulink money counter (model 1900) and $81,000.00 dollars in U.S. currency from 11550 Southfork Ave Unit # 616, Baton Rouge, LA, which in actuality belonged to petitioner, Michael A. James. EBRSO intentionally failed to report the $81,000.00 dollars they seized/stole from petitioner's blue bag.

(5)

On the 27th day of March, 2021 EBRSO seized a phoenix Arm 22 pistol s/n # 4549062 and 250 rounds of ammunition from 11550 South-fork Ave, unit # 616, Baton Rouge, which in actuality, belonged to petitioner's son Michael A. James, Jr. Also, petitioner contends that an involuntary consent form for an Oral DNA Swab from Michael A. James, Jr was obtained.

(6)

On the 4th day of June, 2021 EBRSO Seized $46,154.82 from petitioner's chase Bank accounts, resulting in over $1500.00 in NSF fees and late charges, and several of petitioner's credit cards being charged off.

(7)

Upon gathering the above information and belief, the EBRSO did not have probable cause to arrest petitioner and seize the items listed herein. The state of Louisiana dismissed all charges against petitioner

Certified True and
Correct Copy
CertID: 2023030700802

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

As such, petitioner respectfully request that the defendants herein be ordered to return all items seized back to petitioner and Michael A. James, Jr., to include NFS NSF fees, late charges, interest earned.

### (8)

Petitioner herein further respectfully request that defendants herein be ordered to reimburse his attorney fees and expenses of a combined total $65,000.00, and an additional $8500.00 for the hours spent doing his own paralegal work, and expenses incurred while being unlawfully confined in the East Baton Rouge Parish Prison.

### (9)

Petitioner herein further respectfully request this Honorable Court order that the records from this case, including the DA File # 02675-21, the agency File # 21-14422, and the case # DC-21-03209 be expunged from his record. Also remove any Social Media images.

### (10)

Petitioner further respectfully requests that the defendants herein be ordered to pay court cost, filing fees, and attorney's fees relative to these proceedings, and any attorney's fees and expenses as a result of this unlawfully arrest.

### (11)

Petitioner herein further respectfully requests that the defendants herein show cause on the date and time fixed by this Honorable Court as to why petitioner should not be granted the relief herein requested.

Thus done and signed this 20th day of February, 2023.



Certified True and Correct Copy
CertID: 2023030700802

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

Michael A. James

Michael A. James

DoRm-A WBRDC

P.O. Box 620

Port Allen, LA 70767

INMATE # 174134

PLEASE SERVE:

Sheriff Sid J. Gautreaux III and the EBRSO

300 North Blvd

Baton Rouge, La 70801

Sheriff Sid J. Gautreaux III.

8900 Jimmy Wedell Drive

Baton Rouge, LA 70807

East Baton Rouge Parish Sheriff's Office / City

Through its agent of Service of process

Mayor, Sharon Weston Broome

222 St. Louis Street, Ste. 301

Baton Rouge, LA 70802

And

State of Louisiana

Through the Attorney General

Baton Rouge, Louisiana



Certified True and
Correct Copy
CertID: 2023030700802

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Michael A. James, ET AL                    C-725331 Sect. 27
      vs                                   19th JDC
East Baton Rouge City/Parish               Parish of East Baton Rouge
      ET AL                                State of Louisiana


ORDER


CONSIDERING THE FOREGOING:


IT IS ORDERED that the petitioner in the above captioned
matter be granted leave of Court to amend his petition in the
foregoing respects.

THUS DONE AND SIGNED, this **6th** day of **March** ,2023



                                   Trudy M. White
                                   Kira Kimble, Commissioner,
                                   Sec. B                    **Judge Trudy M. White**
                                   19th JDC                  **C-725331**


Respectfully Submitted:

Certified True and
Correct Copy
CertID: 2023030700802

Patricia Richard
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/7/2023 1:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RETURN COPY**



**D10970630**

# NOTICE OF FILING

**MICHAEL JAMES, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE CITY/PARISH , ET AL**
(Defendant)

**NUMBER C-725331 "27"**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **SHERIFF SID J. GAUTREAUX III**
      **8900 JIMMY WEDELL DRIVE**
      **BATON ROUGE,  LA 70807**

GREETINGS:

    You are hereby notified that a **MOTION TO AMEND PETITION FOR RELIEF TO INCLUDE REIMBURSEMENT OF ATTORNEY'S FEES, EXPENSES AND SEIZED PROPERTY; ORDER** was filed in our court.   Certified copy(s) is(are) attached hereto, as requested by **JAMES, MICHAEL,** Attorney.

    This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 7, 2023.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE     $_____          _____
TOTAL:        $_____                    Deputy Sheriff

**NOTICE OF FILING—2143**

EAST BATON ROUGE PARISH
Filed Apr 10, 2023 3:53 PM.
Deputy Clerk of Court

C-725331
27

Michael A. James                                    Suit No. C-725331  27

Conner A. James                                     19th JDC

V.                                                  Parish of East Baton Rouge

East Baton Rouge Parish (City);   ~~Parish~~       State of Louisiana

Sid J. Gautreaux III; Joshua Clark;

Jorden Webb, Nathan Harrison,

Terral Lockett, Eric David, Thomas

Weimer, Leigh Rice, John Mistretta,

Andrew Pakma, James Cooper, Tanner

Jenkins, Sgt Wolfe, J. Hale, K-9

Dakota, J. Green, DEA Chris Johnson,

3 unknown Houston Tx DEA Agents, 1

unknown EBRSO, Jaclyn Chapan, and

Hillar Moore, III, individually and in their official capacities.

<u>Motion To Correct Original Petition For Relief</u>

Now Into Court comes Michael A. James Pro-se, an individual of

full age of majority and domiciled in the parish of East

Baton Rouge, State of Louisiana, who respectfully represents

the following:

1

Named defendants herein are:

A. East Baton Rouge Parish Sheriff's Office (East Baton Rouge Parish)

East Baton Rouge Parish Prison, a political Subdivision of the

State of Louisiana, which may be served via Major Sharon

Weston Broome at St. Louis street Suite 301, Baton Rouge,

Louisiana 70802

Certified True and
Correct Copy
CertID: 2023042000997

Laura Robchaux

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

B. Sheriff Sid J. Gautreaux III, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

C. Joshua Clark, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

D. Jordon Webb, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

E. Nathan Harrison, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

F. Terral Lockett, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

G. Eric David, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

H. Thomas Weiner, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

I. Leigh Rice, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

J. John Mistretta, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

K. Andrew Palermo, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

L. James Cooper, alleged upon information and belief to be an adult of the full age of majority and consent domiciled


Certified True and
Correct Copy
CertID: 2023042000997

Laura Robichaux

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

in the Parish of East Baton Rouge, State of Louisiana.

M. J. Hale, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of East Baton Rouge, State of Louisiana

N. K-9 Dakota, alleged upon information and belief to be a K-9 dog, and not of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

O. J. Geen, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

P. Chris Johnson, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of Orleans, State of Louisiana.

Q. 3 Unknown DEA Agents, alleged upon information and belief to be adults of the full age of majority and consent domiciled in the County of Harris, State of Texas.

R. Unknown Sheriff Officer, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

S. Jaclyn Chapman, alleged upon information and belief to be an adult of the full age of majority and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

T. Hillary Moore III, alleged upon information and belief to be an adult of the full age of majority, and consent domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

On or around March 22, 2021, Joshua Clark submitted to Judge Beau Higginbotham, a false and misleading affidavit to obtain a cell phone ping search warrant on phone number 225.362.1234.

3.

On or around March 24, 2021, Jordan Webb asked Houston's DEA Agents to drive by Petitioner address at 13926



Certified True and Correct Copy
CertID: 20230420000997

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Roanoke Falls Dr Cypress, Texas and identify any vehicles located in the driveway of the residence. The DEA Houston notified Jordan Webb of a black Porsche, bearing Louisiana license plate 254COX registered to Isaac Robinson II, in the driveway of Petitioner's residence.

4.

On March 27, 2021, approximately 8:00am, several East Baton Rouge Sheriff officers and Narcotics detectives stopped and surrounded petitioner's car at McDonald's, allegely for illegal tint. Petitioner's car doesn't have tint; only factory installed electronic sun shades on the back windows. During this pretextual traffic stop the unknown sheriff officer ran petitioner DMV and registration check. After the check petitioner was not allowed to leave. Joshua Clark and several others detectives search petitioner's car, confiscated and immediately searched his two cell phones, and plaintiff was arrested.

5.

Petitioner and his passenger (5yo Connor James) was placed in the back seat of Joshua Clark's vehicle, and no miranda was given and the detective drove plaintiff's car to the other side of McDonalds. While plaintiffs were being detained, Jordan Webb, deputy J. Hale and K-9 Dakota were conducting an open air sniff on storage unit # 690 at 2914 South Sherwood Forest Blvd, without a warrant and without probable cause.

6.

Approximately 8:45am, Joshua Clark drove Michael A. James and Connor A. James to the back parking lot of 11055 Southfork Ave for 10-15 minutes. Then plaintiffs were taken to 11550 Southfork Ave, where several EBRSO narcotics detectives were exiting the building, and placing their guns, vests and unknown objects in their vehicles. After a few minutes, they re-entered the building and went to apartment #616. Joshua Clark escorted Michael



Certified True and
Correct Copy
CertID: 2023042000997

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

and Conner James to apartment #616. Once inside Michael
James, Jr and Shawna Fisher were sitting in chairs and in
handcuffs. Michael Jr said they had been in handcuffs approxi-
mately 30 minutes and held outside the apartment door, while
some of the detectives searched the apartment with a warrant,
consent, and without probable cause.

### 7.

Several of the narcotics detectives searched 11550 Southfork Ave
Apt 616 and simultaneously searched 2914 South Sherwood Forest
Blvd unit #690 at approximately 8:45am-9:00am. These named
detectives were Joshua Clark, Nathan Harrison, Terral Lockett,
Eric David, Jordan Webb, Thomas Weimer, Leigh Rice, John
Mistretta, Andrew Palermo, James Cooper, and a few unknown agents.
During the search of apartment 616, Joshua Clark put handcuffs
on Conner James, a 5 year old minor child, and when Conner
fell, several of the detectives rushed to help him to his feet.
At this time they removed the handcuffs from Conner James,
Michael James, Jr and Shawna Fisher.

### 8.

Approximately 10am ~~Joshua Clark~~ I asked Joshua Clark
if Michael Jr could take Conner James to my Mother's
house. Then I was transported to 13016 Gurney Rd, in
Central by Joshua Clark.

### 9.

Leigh Rice submitted a fictitious evidence report. She
fabricated a list of drugs found at 11550 Southfork Ave,
and the type of drugs, as well as the quantity of drugs
found and other items. Also, she failed to mention the
$81,000.00 in cash that was taken from 11550 Southfork
Ave.

### 10.

Approximately 10:30am Joshua Clark transported Plaintiff to
East Baton Rouge Parish Prison. Approximately 7:00pm, several


Certified True and
Correct Copy
CertID: 2023042000997

*Laura Robichaux*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/20/2023 3:26 PM

Houston DEA Agents searched Plaintiff's home at 13926 Roanoke
Falls DR, Cypress Texas and seized over $70,000 in cash, several
cell phones, and other personal property.

11.

On March 29, 2021 East Baton Rouge Sheriff Office seized
approximately $59,000.00 in cash from plaintiff's personal and
business checking accounts, using a misleading and false warrant.

12.

On June 25, 2021 the District Attorney's office filed an invalid
and fraudulent Bill of Information, charging plaintiff with 3
felonys, alleged to have happened in Baton Rouge on March 22, 2021,
by plaintiff. Also, J. Clark and J. Webb conspired with the
Assistant DA to withhold potentially exculpatory impeachment
evidence, in bad faith, and to withhold material facts favorable
to Plaintiff.            13.

The above described statement of facts, resulted in plaintiff's
constitutional rights, state Rights, and due process being violated
by faults and negligence of the named defendants herein. Such
faults and negligence include but is not necessarily limited
to the following:

1. False arrest and False imprisonment

2. Unlawful traffic stop and Illegal search and seizure.

3. Malicious prosecution and Procedural due process violated

4. Intentionally and deliberately withholding material facts favorable
to the plaintiff.

5. Arrest and search were effected without a warrant and probable
cause.

6. Agents intentionally submitted false and misleading affidavits to obtain
search warrants.

14.

As a result of the faults and negligence of named defendants herein,
Plaintiff alleges the following general and specific relief for which
he is entitled to recover in



**Certified True and Correct Copy**
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

an amount calculated to adequately compensate him and
Conner James for the damages sustained in the afore-
mentioned incident:

1. Loss of enjoyment of life and liberty.
2. Loss of income and/or loss of earning capacity.
3. Loss of assets and credit.
4. Deprived of children and family.
5. Past, present and future mental anguish, anxiety, emotional
distress, suffering and anguish.
6. Great humiliation, intentional infliction of humiliation,
embarrassment, ongoing embarrassment, and defamation of
character.
7. Intentional infliction of emotional distress
8. Displacement and disrepute.
9. Post traumatic stress disorder.

15.

Upon information and belief and at all times pertinent to this
suit, defendants Joshua Clark, Jordan Webb, Nathan Harrison, Terral
Lockett, Eric David, Thomas Weimer, Leigh Rice, John Mistretta,
Andrew Palermo, James Cooper, J. Hale, K-9 Dakota, J. Geen, and
1 unknown EBR Sheriff officer are employees of East Baton
Rouge Parish in the course and scope of their employment and/or
on a mission for the East Baton Rouge Parish. As such, East
Baton Rouge Parish is vicariously liable for the damages occasioned
by the unlawful conduct of these defendants, under the
doctrine of Respondeat Superior.

16.

Upon information and belief and at all times pertinent to this
suit, defendants Joshua Clark, Jordan Webb, Nathan Harrison,
Terral Lockett, Eric David, Thomas Weimer, Leigh Rice, John
Mistretta, Andrew Palermo, James Cooper, J. Hale, K-9 Dakota,
J. Geen, and 1 unknown EBR Sheriff officer are employees



Certified True and
Correct Copy
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Of Sheriff Sid J. Gautreaux II, in the course and scope of their employment and/or on a mission for the Sheriff Sid J. Gautreaux III. As such, Sheriff Sid J. Gautreaux III is vicariously liable for the damages occasioned by the unlawful conduct of these named defendants, under the doctrine of Respondeat Superior.

Respectfully Submitted:

Michael A. James

Michael A. James

Dorm A WBRDC

P.O. Box 620

Port Allen, LA 70767

Signed in Baton Rouge West, Louisiana, on April 5, 2023



Certified True and
Correct Copy
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Michael A. James, ET AL                    C-725331  27
VS.                                        19th JDC
East Baton Rouge City/Parish,              Parish of East Baton Rouge
ET AL                                      State of Louisiana


ORDER


CONSIDERING THE FOREGOING:

IT IS ORDERED the Petitioner Motion to Correct
Original Petition For Relief is Granted

THUS DONE AND SIGNED, this ___ day of ___, 2023



                              Honorable Trudy M. White
                              19th JDC


Respectfully Submitted:





Certified True and
Correct Copy
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

PLEASE SERVE:

At Place of Employment
Sheriff Sid J. Gautreaux III
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

At Place of Employment
Joshua Clark
8900 Jimmy Wedell Dr
Baton Rouge La 70807

At Place of Employment
Jordan Webb
8900 Jimmy Wedell Dr.
Baton Rouge, LA 70807

At Place of Employment
Nathan Harrison
8900 Jimmy Wedell Dr.
Baton Rouge, LA 70807

At Place of Employment
Terral Lockett
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
Eric David
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807


Certified True and
Correct Copy
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

At Place of Employment
Thomas Weimer
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
Leigh Rice
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
John Mistretta
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
Andrew Palermo
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
James Cooper
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
J. Hale and J. Green
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807


Certified True and
Correct Copy
CertID: 2023042000997

_____
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

At Place of Employment
Tanner Jenkins
8900 Jimmy Wedell Dr
Baton Rouge, LA 70807

At Place of Employment
Sgt Wolfe
8900 Jimmy Wedell Dr
Baton Rouge, La 70807

At Place of Employment
DEA Chris Johnson

At Place of Employment
Jaclyn C. Chapman, Assistant District Attorney
222 St. Louis Street, Suite 550
Baton Rouge, LA 70802

At Place of Employment
Hillar C. Moore, III  District Attorney
222 St. Louis Street, Suite 550
Baton Rouge, LA 70802

At Place of Employment
Sheriff Sid J. Gautreaux, III
8900 Jimmy Wedell Drive
Baton Rouge, La 70807



Certified True and
Correct Copy
CertID: 2023042000997

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

At Place of Employment.
K-9 Dakota
8900 Jimmy Wedell Drive
Baton Rouge, La 70807

East Baton Rouge Parish/City
Through its agent of Service of process
Mayor, Sharon Weston Broome
222 St. Louis Street, Ste. 301
Baton Rouge, La 70802

And

State of Louisiana
Through the Attorney General
Baton Rouge, Louisiana.



**Certified True and Correct Copy**
CertID: 2023042000997

_____
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/20/2023 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

April 17, 2023

Re: Suit # C-725331 (Service of Process)
Request for Service on defendants
Original Petition AND SUPP Petition

Dear Clerk,

This is a request for service on defendants listed in Suit # C-725331. On February 22, 2023, my pauper motion was denied by the Judge, but after a reconsideration motion and an amended petition, it was granted. However, defendants were never served the original and Supp petition.

As required by La. R.S. 13:5107(D) and 2a, C.C.P. art. 1201(c), this is my request for service on the Sheriff's defendants and others named in my Petition For Relief. Thanks in advance for your prompt attention.

Michael A. James
Dorm-A WBRDC
P.O. Box 620
Port Allen, La 70767

Enclosure:

EAST BATON ROUGE PARISH   C-725331
Filed Apr 18, 2023 11:06 AM
Deputy Clerk of Court



19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
300 NORTH BLVD
BATON ROUGE, LA 70801

**12TH DAY OF DECEMBER, 2022**

TO:   MICHAEL JAMES, 90 0009 7411
      EBRPP
      2867 GEN ISAAC SMITH AVE
      BATON ROUGE, LA 70807

MICHAEL JAMES, ET AL VS EAST BATON ROUGE CITY/PARISH , ET AL

**CASE NUMBER:** C-725331

**JUDGE:** KINA KIMBLE

**DIVISION:** B

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING ACTION FOR THE

AFOREMENTIONED CASE: AN ORDER TO FILE PETITION ON APPROVED FORM IS
ATTACHED. YOU HAVE THIRTY (30) DAYS FROM THE RECEIPT OF THIS NOTICE TO
RESPOND. THE PETITION IS ENCLOSED.


JUDICIAL ASSISTANT TO COMMISSIONER
KINA KIMBLE

NOTIFIED:

In-Proper-Person

NARC(MD) 22-604-SDD-RLB
NARC(19th) C-725331
FAH (19th) C-724432
Fail (MD)

Kim a Cathoun 2022-07697
Kim a Cathoun (TX) 2231 00196795
Kim a Cathoun (18th)

Form 4522A

Kima Jacks (M.D)
Jacks (19th)

Exh. A

MICHAEL JAMES, ET AL

~~DOC#~~ 9 0 0 0 C 9 7411

VS.

EAST BATON ROUGE CITY/PARISH , ET AL

C-725331 SECTION: 27

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## <u>ORDER TO FILE PETITION ON COURT APPROVED IJR FORM</u>

The Court, having considered the petition and the Nineteenth Judicial District Court Civil

Rules of Court, finds that the Petitioner has failed to comply therewith. Therefore,

**IT IS ORDERED** that in accordance with Rule 60.0(C) self-represented

offenders/prisoners in the custody of the Department of Corrections appealing a decision of the

Department or prison administration in accord with the CARP shall use the form IJR–1, "Petition

for Judicial Review," (ENCLOSED) to apply for review of an administrative decision, excluding

delictual actions for injury or damages.

**THUS DONE AND SIGNED, DECEMBER 8, 2022** at Baton Rouge, Louisiana.

KINA KIMBLE
COMMISSIONER, SEC. B
NINETEENTH JUDICIAL DISTRICT COURT

FILED
DECEMBER 8, 2022
TCAREY

FORM 2029

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF
THE WRITTEN REASONS FOR JUDGMENT /
JUDGMENT / ORDER / COMMISSIONER'S
RECOMMENDATION WAS MAILED BY ME WITH
SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON  December 12, 2022

DEPUTY CLERK OF COURT

Exh. B

Answer on Dec. 29th



# Doug Welborn
### Clerk of Court

19ᵗʰ Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982

www.ebrclerkofcourt.org

MICHAEL JAMES
P.O. BOX 620
PORT ALLEN, LA 70767

**MICHAEL JAMES, ET AL**
**VS**
**EAST BATON ROUGE CITY/PARISH , ET AL**

Date: **FEBRUARY 22, 2023**

Suit #: **C-725331**

We have received your **PETITION AND SUPP PETITION** in the above matter but are unable to process the pleading(s) due to a lack of funds (see below):

**(X)--the pauper motion was denied by the Judge**

The pleading(s) may be forwarded to the Civil Suit Records Department and may not be processed until we receive the amount of **$850.00.**

**IT IS IMPERATIVE** that a copy of this notice be returned with your payment so that we may expedite service.

Thank you,

*Ayauna Collins*

_____
Deputy Clerk of Court

Nov. 3, 2020 - Petition
Feb 2, 2023 - Supp
Feb 20, 2023 - Amend    March 6 Signed by Jud.

For information call:
Accounting Department
225-389-3982

Civil No, 130 Rev. 07/18
Clerk of Court/Accounting

*Exh. C*

EAST BATON ROUGE PARISH
Filed Apr 19, 2023 11:10 AM
Deputy Clerk of Court

C-725331
27

Michael A. James, ET AL                    No. C-725331 Sect. 27
v.                                          19th JDC
East Baton Rouge City/Parish              Parish OF East Baton Rouge
ET AL                                      State OF Louisiana

Petitioner's Opposition To Defendants' Declinatory
Exception of Insufficiency of Service of process and
Peremption Exception of No Cause of Action

NOW INTO COURT comes, Petitioner, Michael A. James, hereby
opposes defendants' Declinatory exception of Insufficiency of
Service of process and Peremption Exception of No Cause
of Action, Defendant's motions should be denied because
it is futile.

1.

On November 3, 2022, Petitioner filed a petition for Relief and
Named defendants in the above captions. Petition attached an
in forma pauperis affidavit to the petition seeking to proceed
without the prepayment of court costs.

2.

On December 16, 2022, Petitioner received a Notice from the
Court, dated December 12, 2022 that an order to file petition
on approved form is attached (exh A   ) and petitioner has
(30) days from the receipt of this Notice to respond. The
order to file petition on Court approved IJR form, dated
December 8, 2022 was include (exh. B   ).

3.

On February, 26, 2023 Petitioner received notice dated
February, 22, 2023 that the pauper motion was denied by
the Judge in the above matter and are unable to process
the pleading(s) due to a lack of funds. (see exh. C )


Certified True and
Correct Copy
CertID: 2023041900425

Alice Monaco

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2023 2:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

On or around February 26, Petitioner filed a motion to reconsider his in forma pauper's motion, and attached a new affidavit. Following Petitioner's Motion for reconsider, petitioner file a Motion to Amend his original petition for Relief. Petitioner's reconsideration for in forma pauper's status was granted, and his motion to Amend his petition was granted and signed by a Judge on March 6, 2023. Petitioner requested service on the State of Louisiana, through the Attorney General, East Baton Rouge City/Parish, through its agent of Service of Process Mayor Sharon Weston Broome, Sheriff Sid J Gautreaux III, and the East Baton Rouge Sheriff office. EBR Sheriff's Office received notice March 9, 2023.

## Law and Argument

Defendant's Motion should be denied because it is futile.

1.

La. C.C.P art 1201 (C) provides that service of a citation "shall be requested on all named defendants within ninety days of Commencement of the action." La. R.S. 13:5107 provides service requirements for claims brought against the state and its agencies. Specifically La. R.S. 13:5107(D)(1) mandates that service of citation "shall be requested" on the state agency or political sub-division and any officer or employee thereof "within ninety days of the commencement of the action[.]"

Plaintiff complied with La. R.S. 13:5107(D)(1) when he requested service on the named defendants within 90 days of being notified that pauper status had been granted.

2.

As of this filing of opposition, if the named defendants haven't been served, Petitioner is still within the required 90 days period to request service on all named defendants. The 90-days service request period was not activated until



Certified True and
Correct Copy
CertID: 2023041900425

*Alice Names*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
4/19/2023 2:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

the in forma pauper's affidavit was granted.

WHEREFORE, Petitioner prays that after due proceedings are had, that this Court deny defendant's Declinatory Exception of Insufficiency of Service of Process and Peremptory Exception of No Cause of Action, at defendant's cost.

Respectfully Submitted
Michael A. James    4/12/23

Michael A. James
P.O. Box 620
Port Allen, LA 70767

PLEASE SERVE:

Attorney For Defendants
London B. Smith
Erlingson Banks, P.L.L.C
301 Main Street, Suite 2110
Baton Rouge, La 70801



Certified True and
Correct Copy
CertID: 2023041900425

East Baton Rouge Parish
Deputy Clerk Of Court

Alice Monaco

Generated Date:
4/19/2023 2:30 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133. and/or RPC Rule 3.3(a)(3).



EAST BATON ROUGE PARISH
Filed Apr 19, 2023 11:10 AM
Deputy Clerk of Court

C-725331
27

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
300 NORTH BLVD
BATON ROUGE, LA 70801

**12TH DAY OF DECEMBER, 2022**

TO:   MICHAEL JAMES, 90 00 09 97411
EBRPP
2867 GEN ISAAC SMITH AVE
BATON ROUGE, LA 70807

MICHAEL JAMES, ET AL VS EAST BATON ROUGE CITY/PARISH, ET AL

**CASE NUMBER:** C-725331

**JUDGE:** KINA KIMBLE

**DIVISION:** B

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING ACTION FOR THE

AFOREMENTIONED CASE: AN ORDER TO FILE PETITION ON APPROVED FORM IS
ATTACHED. YOU HAVE THIRTY (30) DAYS FROM THE RECEIPT OF THIS NOTICE TO
RESPOND. THE PETITION IS ENCLOSED.

*Kina D. Carey*

JUDICIAL ASSISTANT TO COMMISSIONER
KINA KIMBLE

NOTIFIED:

In-Proper-Person

*NARC (MD)   22-604-SDD-RLB*
*NARC (19th)   C-725331*
*FAH (19th)   C-724432*
*FAH (MD)*

*Kina v Calhoun   2022-07697*
*Kina Calhoun (TX)   2231-00196795*
*Kina Calhoun (18th)*

Form 4522A

*Kina Jacks (N.O)*
*Jacks (19th)*

*Exh. A*

MICHAEL JAMES, ET AL                    C-725331 SECTION: 27

~~DOC#~~ 9 0 0 0 C 9 7 4 1 1                19TH JUDICIAL DISTRICT COURT

VS.                                     PARISH OF EAST BATON ROUGE

EAST BATON ROUGE CITY/PARISH,           STATE OF LOUISIANA
ET AL

## ORDER TO FILE PETITION ON COURT APPROVED LJR FORM

The Court, having considered the petition and the Nineteenth Judicial District Court Civil

Rules of Court, finds that the Petitioner has failed to comply therewith. Therefore,

**IT IS ORDERED** that in accordance with Rule 60.0(C) self-represented

offenders/prisoners in the custody of the Department of Corrections appealing a decision of the

Department or prison administration in accord with the CARP shall use the form LJR–1, "Petition

for Judicial Review," (ENCLOSED) to apply for review of an administrative decision, excluding

delictual actions for injury or damages.

**THUS DONE AND SIGNED, DECEMBER 8, 2022** at Baton Rouge, Louisiana.

_(signature)_

KINA KIMBLE
COMMISSIONER, SEC. B
NINETEENTH JUDICIAL DISTRICT COURT

**FILED**
**DECEMBER 8, 2022**
TCAREY

FORM 2029

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF
THE WRITTEN REASONS FOR JUDGMENT /
JUDGMENT / ORDER / COMMISSIONER'S
RECOMMENDATION WAS MAILED BY ME WITH
SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON  December 12, 2022

_(signature)_

~~DEPUTY CLERK OF COURT~~

Exh. B

Answer on Dec. 29th



## Doug Welborn
### Clerk of Court

19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982

www.ebrclerkofcourt.org

MICHAEL JAMES
P.O. BOX 620
PORT ALLEN, LA 70767

MICHAEL JAMES, ET AL
VS
EAST BATON ROUGE CITY/PARISH , ET AL

Date: FEBRUARY 22, 2023

Suit #: C-725331

We have received your **PETITION AND SUPP PETITION** in the above matter but are unable to process the pleading(s) due to a lack of funds (see below):

(X)—the pauper motion was denied by the Judge

The pleading(s) may be forwarded to the Civil Suit Records Department and may not be processed until we receive the amount of **$850.00.**

**IT IS IMPERATIVE** that a copy of this notice be returned with your payment so that we may expedite service.

Thank you,

*Ayauna Collins*

Deputy Clerk of Court

*Nov. 3, 2020 – Petition*
*Feb 2, 2023 – Supp*
*Feb 20, 2023 – Amend    March 6 Signed by Jud.*

For information call:
Accounting Department
225-389-3982

Civil No, 130 Rev. 07/18
Clerk of Court/Accounting

*Exh. C*

SERVICE COPY



246

D11261849

# NOTICE OF FILING

**MICHAEL JAMES, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE CITY/PARISH , ET AL**
(Defendant)

**NUMBER C-725331 "27"**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

ATTORNEY FOR DEFENDANT

**TO:   LONDON B SMITH**
**ERLINGTON BANKS P.L.L.C.**
**301 MAIN STREET, SUITE 2110**
**BATON ROUGE,  LA 70801**

> **RECEIVED**
> APR 2 5 2023
> 7202. 029

GREETINGS:

   You are hereby notified that a **PETITIONER'S OPPOSITION TO DEFENDANTS' DECLINATORY EXCEPTION, EXHIBIT**  was filed in our court.  Certified copy(s) is(are) attached hereto, as requested by **JAMES, MICHAEL**, Attorney.

   This Notice was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 19, 2023**.



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____.

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE      $_____               _____
TOTAL:         $_____                            Deputy Sheriff

**NOTICE OF FILING--2143**

RECEIVED
APR 2 1 2023
E.B.R. SHERIFF'S OFFICE

**RETURN COPY**



**D11270535**

# CITATION

| | |
|---|---|
| **MICHAEL JAMES, ET AL**<br>(Plaintiff) | **NUMBER C-725331 "27"** |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| **EAST BATON ROUGE CITY/PARISH , ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br><br>**STATE OF LOUISIANA** |

**TO:    JOSHUA CLARK**
**8900 JIMMY WEDELL DRIVE**
**BATON ROUGE, LA 70807**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 20, 2023**.



*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JAMES, MICHAEL**
*The following documents are attached:

**LETTER REQ. SERVICE, EXHIBIT, PETITION, MOTION FOR LEAVE, AMENDED PETITION**

**SERVICE INFORMATION:**

Received on the ___ day of _____, 20__ and on the ___ day of _____, 20__, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him. *Subject not employed at EBRSO.*

**RETURNED:** Parish of East Baton Rouge, this ___ day of ____, 20__.

| | |
|---|---|
| SERVICE:$ _____ | |
| MILEAGE$ _____ | *Deputy Sheriff* |
| TOTAL:   $ _____ | Parish of East Baton Rouge |

**CITATION-2000**

**RECEIVED**
**APR 2 4 2023**
**EBR SHERIFF'S OFFICE**