RECEIVED
JUN 20 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Michael A. James ET AL          Civil Action No:
VS.
East Baton Rouge City/Parish, ET AL    23-cv-00394-BAJ-SDJ

MOTION To Amend Petition For Relief

NOW INTO COURT COMES, Michael A. James, pro-se individually, and on behalf of Conner A. James, who is domiciled in the County of Harris, State of Texas, respectfully represents:

I.

Made additional defendants herein are:

A. Tanner Jenkins, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of La.

B. Sgt. Wolfe, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

C. Agent Chad Phelps, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

D. Officer C. Pelletier, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of Louisiana.

6. Officer B. Dietrich, alleged upon information and belief to be an adult of the full age of majority and consent, domiciled in the Parish of East Baton Rouge, State of La.

2.

On March 27, 2021 at approximately 8:00am, several East Baton Rouge Sheriff officers, DEA Agents, and Narcotics detectives stopped petitioner and surrounded his car at McDonalds, allegely for an illegal tint violation. During this pretextual traffic stop, East Baton Rouge Sheriff Officer C. Pelletier or B. Dietrich ran a DMV and registration check on petitioner. After a clean completion of those checks, Petitioner was not allowed to leave. Joshua Clark and several of the other narcotics detectives searched petition person, and his car. No drugs are contraband was found, but petitioner keys, cell phones, and he and passenger Conner A James, were seized and arrested.

3.

Upon gathering information and belief, the added named defendants were involved in the illegal search and seizure of petitioner(s) (See EXH. 1) Page 13 line 2-24 from June 7, 2021 Petitioner's state motion to suppress hearing, and (see EXH. 2) P 4, line 5 from the U.S. Government response to Defendant's motion to Suppress on May 18, 2023.

WHEREFORE, Petitioner, Michael A. James individually and on behalf of Conner A. James pray that this Motion be granted that the additional named defendants be named-party to the original petition.

Respectfully Submitted

Michael A. James
P.O. Box 620
Port Allen, La 70767

Michael A. James, ET AL      Civil Action: no

vs

East Baton Rouge City/Parish, ET AL.      23-CV-00394-BAJ-SDJ

United States District Court
Middle District of Louisiana

ORDER

CONSIDERING THE FOREGOING:

It IS ORDERED that the petitioner(s) in the above captioned matter be Granted leave of Court to amend his original Petition in the foregoing respects,

THUS DONE AND SIGNED, this ____ day of ____, 2023.

_____
Honor Judge presiding

Respectfully Submitted:

PLEASE SERVE:

At Place of Employment
Tanner Jenkins
8900 Jimmy Wedell Dr
Baton Rouge, La 70807

At Place of Employment
Sgt Wolfe
8900 Jimmy Wedell Dr
Baton Rouge, La 70807

At Place of Employment
DEA Chad Phelps

At Place of Employment
C. Pelletier
8900 Jimmy Wedell Dr
Baton Rouge, La 70807

At Place of Employment
B. Dietrich
8900 Jimmy Wedell Dr
Baton Rouge, La 70807

Attorney for Defendants
London B. Smith
Catherine S. St. Pierre
Erlingson Banks, P.L.L.C.
301 Main Street, Suite 2110
Baton Rouge, La 70801

ExH I

1   A.   That's correct.
2   Q.   What all officers were working that investigation?
3   What officers were working that investigation?
4   A.   It was the entire division of our narcotics officers.
5   Q.   So the whole division was out there on the scene that
6   day investigating this?
7   A.   Yes, ma'am. Everybody was out.
8   Q.   Okay. Well, tell me who all -- tell me everybody
9   that's in the division then. Who was there?
10  A.   Okay. I'll start from the top and go down.
11  Q.   Okay.
12  A.   It was Capt. Tanner Jenkins, Lt. Jordan Webb. He would
13  be next right under Capt. Jenkins. Lt. Nathan Harrison,
14  Sgt. Green, Sgt. Mistretta --
15  Q.   Hold up. I can't write that fast.
16  A.   Okay. I'm sorry.
17  Q.   After Green, who else is there?
18  A.   Sgt. Mistretta.
19  Q.   Mistretta?
20  A.   Yes, ma'am.
21  Q.   Okay.
22  A.   Sgt. Wolfe, Sgt. Weimer, Cpl. Josh Clark who was the
23  lead on the case, Agent Chad Phelps, myself, Terrell
24  Lockett, and Andrew Palermo.
25  Q.   Okay. Now, you say that Off. Clark was the lead on
26  this?
27  A.   Yes, ma'am.
28  Q.   Is Off. Clark in town right now?
29  A.   No, ma'am, he's not.
30  Q.   Where is he?
31  A.   He's -- he actually got a job employed overseas. So
32  he's been overseas for about a year now.

13

Baton Rouge. At approximately 5:15 am, officers located the black Porsche in the parking lot of the Meridian Condominiums and established surveillance. At approximately 7:10 am, defendant was observed leaving his apartment and entering the black Porsche. He traveled first to Chase Bank and then to the Life Storage facility on South Sherwood Forest Blvd. The defendant was seen going into the facility empty handed and then returning to the vehicle approximately five minutes later carrying a blue bag. Defendant traveled directly back to the Meridian condominiums and was observed carrying the blue bag into his apartment. [handwritten: Webb testified that I went in for a few minutes.]

Utilizing that information, on March 27, 2021, officers obtained a search warrant for the Life Storage [handwritten: Bare Bones] facility, signed by District Court Judge Tiffany Foxworth-Roberts at 8:52 am, which resulted in management providing documentation that the defendant rented storage unit 690. An EBRSO narcotics K-9 was brought to the storage facility and while doing an open-air search, alerted to unit 690. [handwritten: Police report say they went str8 to unit 690 (not open-air search)]

Thereafter, officers applied for and were granted a search warrant for the defendant's apartment, signed by District Court Judge Tiffany Foxworth-Roberts at 9:29 am, and his storage unit signed by District Court Judge Tiffany Foxworth-Roberts at 10:12 am.

While the search warrants were being prepared and the investigation was unfolding at the Life Storage facility, officers continued surveillance of the defendant's apartment and vehicle. The defendant left the apartment with a small child in his vehicle. Surveilling officers, including Lt. Webb, followed at a safe distance, and requested that a marked unit conduct a traffic stop of the defendant. EBRSO Officers C. Pelletier and B. Dietrich conducted the requested stop. Shortly after the stop, Lt. Webb, who had pulled over nearby and watched the stop unfold, went over, and made contact with the defendant. Lt Webb immediately read the defendant his Miranda rights and placed him under arrest. Lt Webb told the defendant about the status of the investigation at the Life Storage facility. The

3

Michael A. James, 174134
P.O. Box 620
Port Allen, La 70767

SCREENED
OK
U.S. MARSHAL

PRISONER'S MAIL NOT CENSORED
NOT RESPONSIBLE FOR PAYMENT
WEST BATON ROUGE PRISON

BATON ROUGE LA

Clerk's Office
U.S. District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712