UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. JAMES ON BEHALF OF
REAL PARTY IN INTEREST
CONNER A. JAMES

CIVIL ACTION

VERSUS

EAST BATON ROUGE CITY PARISH,
ET AL.

NO. 23-00394-BAJ-EWD

RULING AND ORDER

In this wide-ranging and frivolous lawsuit, Plaintiff alleges violations arising from numerous incidents for which lawsuits have already been filed and dismissed as frivolous or for failure to state a claim. (*See* Doc. 33 at 3–4). Pursuant to the screening requirements of 28 U.S.C. § 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 33, the "Report")**, recommending that Plaintiff's action be dismissed, with prejudice, as duplicative, malicious, and legally frivolous. (*Id.*). The Magistrate Judge further recommends that the Motions to Dismiss (Docs. 23, 25) currently pending be denied as moot. Plaintiff's filed late objections to the Report. (Doc. 37).

Upon de novo review and having carefully considered the operative Complaint, related filings, and Plaintiff's objections, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter. Plaintiff's objections fail to meaningfully contest that the three prior cases filed by Plaintiff, which related to the same events at issue in this case, were dismissed with prejudice as frivolous or for failure to state a claim. (*See* Doc. 33, Report at 3–4).

Accordingly,

**IT IS ORDERED** that Plaintiff's action be and is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A as duplicative, malicious, and legally frivolous.

**IT IS FURTHER ORDERED** that all pending Motions in this case be and are hereby **DENIED AS MOOT**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 1st day of May, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**